Case 1:04-cv-12041-REK    Document 26    Filed 09/22/2004    Page 1 of 8



**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH CAROLINA

LARRY W. PROPES
CLERK OF COURT

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201-2431
(803) 765-5816  FAX (803) 765-5960

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC 29402
(843)579-1401 FAX 579-1402

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

FILED
CLERKS OFFICE
2004 SEP 22 A 10: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 15, 2004

Honorable Tony Anastas
Clerk of Court
United States District Court for the
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:  *Transfer Order C/A 3:04-1792-22*
     *Powers Printing Co., Inc. v. AGFA Corp. and XPEDX*

04-12041
MAGISTRATE JUDGE

Dear Mr. Anastas:

   Pursuant to an order entered September 7, 2004, by the Honorable Cameron McGowan Currie, United States District Judge for the District of South Carolina, this case has been transferred to your court. Enclosed is the entire file, and certified copies of the transfer order and docket sheet.

   Please confirm your receipt of same by signing and returning the enclosed copy of this letter in the envelope provided. If you need anything further, please give me a call.

                                  Sincerely,

                                  LARRY W. PROPES, Clerk

                                  Wendy Pearson
                                  Wendy Pearson, Deputy Clerk
                                  (803) 253-3491

Enclosures

cc: Honorable Cameron McGowan Currie
        U. S. District Judge

    all counsel of record

FILED
IN CLERKS OFFICE
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
2004 SEP 22 A 10:20
COLUMBIA DIVISION
DISTRICT OF MASS

04-12041

| | |
|---|---|
| Powers Printing Company, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> AGFA Corporation and XPEDX, <br><br> Defendants. | Civil Action No. 3:04-CV-1792-22 <br><br> **DEFENDANT AGFA CORPORATION'S MOTION TO TRANSFER VENUE** |

Defendant AGFA Corporation ("AGFA"), by and through its undersigned counsel, hereby moves the Court for an Order to transfer venue in this case from the United States District Court for the District of South Carolina, Columbia Division, to the United States District Court

Eod 9/8/04

**FILED**

SEP 0 7 2004

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

**ORDER**

Defendant AGFA Corporation's motion to transfer venue to the United States District Court for the Eastern District of Massachusetts is granted based on the exclusive jurisdiction clause contained in the Hardware System Maintenance and Software Support Agreement.

September 7, 2004
Columbia, SC

Cameron McGowan Currie
United States District Judge

A TRUE COPY
Attest: Larry W. Propes
By: _____
     DEPUTY CLERK

(25)

```
                                                      FILED
                                                 IN CLERKS OFFICE
                                                     CLOSED
                    U.S. District Court          2004 SEP 22  A 10: 20
           District of South Carolina (Columbia)

           CIVIL DOCKET FOR CASE #: 04-CV-1792    U.S. DISTRICT COURT
                                                  DISTRICT OF MASS.
Powers Printing Co v. AGFA Corporation, et al         Filed: 06/07/04
Assigned to: Judge Cameron M Currie       Jury demand: Both
Demand: $0,000                            Nature of Suit: 190
Lead Docket: None                         Jurisdiction: Diversity
Dkt # in Richland County : is 04-CP-40-2264

Cause: 28:1441 Notice of Removal-Breach of Contract
                                                     A TRUE COPY
                                                  Attest: Larry W. Propes
                                                  By: _____
POWERS PRINTING COMPANY INC     Robert Covington Kelly   DEPUTY CLERK
      plaintiff                 [COR LD NTC]
                                PO Box 7037
                                Columbia, SC 29202
                                803-253-3615

                                Edwin Russell Jeter
                                803-765-0619
                                [COR LD NTC]
                                Jeter and Williams
                                PO Box 7425
                                Columbia, SC 29202         04-12041
                                803-765-0600

                                                   MAGISTRATE JUDGE _____
    v.


AGFA CORPORATION                Angus H Macaulay, Jr
      defendant                 803-253-8277
                                [COR LD NTC]
                                Jamie Hedgepath
                                803-253-8277
                                [COR LD NTC]
                                Nexsen Pruet Jacobs and Pollard
                                PO Drawer 2426
                                Columbia, SC 29202
                                803-771-8900


XPEDX                           Christopher James Daniels
      defendant                 803-256-7500
                                [COR LD NTC]
                                Anthony C Hayes
                                803-256-7500
                                [COR LD NTC]
                                Nelson Mullins Riley and
                                Scarborough
                                PO Box 11070

Docket as of September 15, 2004 9:49 am              Page 1
```

Proceedings include all events.
3:04cv1792 Powers Printing Co v. AGFA Corporation, et al          CLOSED

```
                                    Columbia, SC 29211
                                    803-799-2000
```

========================

```
XPEDX                               Christopher James Daniels
      counter-claimant              803-256-7500
                                    [COR LD NTC]
                                    Anthony C Hayes
                                    803-256-7500
                                    [COR LD NTC]
                                    Nelson Mullins Riley and
                                    Scarborough
                                    PO Box 11070
                                    Columbia, SC 29211
                                    803-799-2000


   v.


POWERS PRINTING COMPANY INC         Robert Covington Kelly
      counter-defendant             [COR LD NTC]
                                    PO Box 7037
                                    Columbia, SC 29202
                                    803-253-3615

                                    Edwin Russell Jeter
                                    803-765-0619
                                    [COR LD NTC]
                                    Jeter and Williams
                                    PO Box 7425
                                    Columbia, SC 29202
                                    803-765-0600
```

========================

```
AGFA CORPORATION                    Angus H Macaulay, Jr
      counter-claimant               803-253-8277
                                    [COR LD NTC]
                                    Jamie Hedgepath
                                    803-253-8277
                                    [COR LD NTC]
                                    Nexsen Pruet Jacobs and Pollard
                                    PO Drawer 2426
                                    Columbia, SC 29202
                                    803-771-8900


   v.
```

Proceedings include all events.
3:04cv1792 Powers Printing Co v. AGFA Corporation, et al                CLOSED


    POWERS PRINTING COMPANY INC          Robert Covington Kelly
         counter-defendant               [COR LD NTC]
                                         PO Box 7037
                                         Columbia, SC 29202
                                         803-253-3615

                                         Edwin Russell Jeter
                                         803-765-0619
                                         [COR LD NTC]
                                         Jeter and Williams
                                         PO Box 7425
                                         Columbia, SC 29202
                                         803-765-0600

```
Proceedings include all events.
3:04cv1792 Powers Printing Co v. AGFA Corporation, et al          CLOSED

Powers Printing Company Inc

          plaintiff


   v.

AGFA Corporation; XPEDX

          defendant


==========================

XPEDX;

          counter-claimant

Powers Printing Company Inc

          counter-defendant


==========================

AGFA Corporation;

          counter-claimant

Powers Printing Company Inc

          counter-defendant
```

Proceedings include all events.
3:04cv1792 Powers Printing Co v. AGFA Corporation, et al          CLOSED

| Date | # | Description |
|---|---|---|
| 6/7/04 | 1 | NOTICE OF REMOVAL with state court summons and complaint attached; FILING FEE $ 150.00  RECEIPT # 3982 (affidavit of Anthony C Hayes consenting to removal on behalf of defendant EXPEDX attached) (gpea) [Entry date 06/08/04] |
| 6/7/04 | 2 | ANSWER to Local Rule 26 Interrogatories by defendant AGFA Corporation (gpea) [Entry date 06/08/04] |
| 6/10/04 | 3 | Notice of acknowledgment of receipt of Notice of Removal by Clerk of Court for Richland County. (gpea) [Entry date 06/14/04] |
| 6/15/04 | 4 | ANSWER to Local Rule 26 Interrogatories by defendant XPEDX (gpea) [Entry date 06/16/04] |
| 6/21/04 | 5 | CONSENT ORDER extending time to answer complaint until 7/12/04 ( signed by Judge Cameron M. Currie ) EOD 6/21/04 (gpea) |
| 6/22/04 | 6 | CONSENT ORDER extending time for defendant XPEDX to answer plaintiff's complaint until 7/12/04 ( signed by Judge Cameron M. Currie (gpea) [Entry date 06/23/04] |
| 7/12/04 | 7 | ANSWER to Complaint and COUNTERCLAIM by defendant XPEDX against plaintiff Powers Printing Co; jury demand (gpea) [Entry date 07/13/04] |
| 7/12/04 | 8 | ANSWER to Complaint and COUNTERCLAIM by defendant AGFA Corporation against plaintiff Powers Printing Co (gpea) [Entry date 07/13/04] |
| 7/12/04 | 9 | MOTION by defendant AGFA Corporation to transfer case (gpea) [Entry date 07/13/04] |
| 7/12/04 | 10 | MEMORANDUM by defendant AGFA Corporation in support of [9-1] motion to transfer case (gpea) [Entry date 07/13/04] |
| 7/13/04 | 11 | CONFERENCE AND SCHEDULING ORDER setting 26(f) Conference no later than 8/2/04 ; 26(a) Initial Disclosures served by 8/16/04 ; 26(f) Report filed by 8/16/04 ; Joining of parties,amending of pleadings on 10/12/04 ; Plaintiff's ID of Experts set for 11/9/04 ; Defendant's ID of Experts set for 12/9/04 ; Records Custodian Affidavit filed by 12/9/04 ; Discovery cutoff 2/7/05 ; Deadline for filing of all motions 2/22/05 ; 26(a)3 Pretrial Disclosures filed by 5/9/05 ; Jury Selection deadline set for 7/5/05 ;   ( signed by Judge Cameron M. Currie ) eod 7/13/04 (gpea) |
| 7/21/04 | 12 | ANSWER to Local Rule 26 Interrogatories by plaintiff Powers Printing Co; jury demand (gpea) |
| 7/26/04 | 13 | CONSENT ORDER extending time for Plaintiff's to respond to motion to transfer venue until 8/11/04 ( signed by Judge Cameron M. Currie (gpea) [Entry date 07/27/04] |

Docket as of September 15, 2004 9:49 am                          Page 5

Proceedings include all events.
3:04cv1792 Powers Printing Co v. AGFA Corporation, et al          CLOSED

| Date | # | Entry |
|---|---|---|
| 8/2/04 | 14 | REPLY by plaintiff Powers Printing Co to [7-2] counter claim of XPEDX (gpea) [Entry date 08/03/04] |
| 8/2/04 | 15 | REPLY by plaintiff Powers Printing Co to [8-2] counter claim of AGFA Corp (gpea) [Entry date 08/03/04] |
| 8/17/04 | 16 | CONSENT ORDER extending time to respond to motion to transfer venue until 8/17/04 ( signed by Judge Cameron M. Currie ) (gpea) [Entry date 08/18/04] |
| 8/17/04 | 17 | ORDER extending time until 8/20/04 to file 26(f) Report, Reset 26(f) Report due for 8/20/04 ( signed by Judge Cameron M. Currie ) (gpea) [Entry date 08/18/04] |
| 8/17/04 | 18 | MEMORANDUM by plaintiff Powers Printing Co in opposition to [9-1] motion to transfer case with original affidavit of Ralph E Mechling attached (gpea) [Entry date 08/18/04] |
| 8/23/04 | 19 | 26(f) Report by Powers Printing Co, AGFA Corporation, XPEDX . Parties Agree that Conference and Scheduling Order requires modification as set forth in proposed Amended Scheduling Order. (gpea) [Entry date 08/24/04] |
| 8/23/04 | 20 | 26(f) Report by Powers Printing Co, AGFA Corporation, XPEDX with proposed discovery plan and 26.03 Interrogatories. (gpea) [Entry date 08/24/04] |
| 8/25/04 | 21 | CONSENT ORDER extending time for AGFA to reply to Plaintiff's opposition to Motion to Transfer Venue until 8/30/04 ( signed by Judge Cameron M. Currie ) (gpea) [Entry date 08/26/04] |
| 8/25/04 | 22 | AMENDED SCHEDULING ORDER setting Joining of parties,amending of pleadings on 11/12/04 ; Plaintiff's ID of Experts set for 12/10/04 ; Defendant's ID of Experts set for 1/14/05 ; Records Custodian Affidavit filed by 1/7/05 ; Discovery cutoff 3/11/05 ; Deadline for filing of all motions 3/25/05 ; 26(a)3 Pretrial Disclosures filed by 6/10/05 ; Jury Selection deadline set for 8/5/05 ; ( signed by Judge Cameron M. Currie ) (gpea) [Entry date 08/26/04] |
| 8/30/04 | 23 | REPLY by defendant AGFA Corporation to response to [9-1] motion to transfer case (gpea) [Entry date 08/31/04] |
| 9/1/04 | 24 | AFFIDAVIT of Teresa Oakley by defendant AGFA Corporation Re: [23-1] response reply (gpea) [Entry date 09/02/04] |
| 9/7/04 | 25 | ORDER granting [9-1] motion to transfer case ( signed by Judge Cameron M. Currie ) (gpea) [Entry date 09/08/04] |
| 9/7/04 | -- | Interdistrict transfer to Eastern District of Massachusetts (gpea) [Entry date 09/08/04] |