UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERS PRINTING CO., INC.<br><br>    Plaintiff<br><br>v.<br><br>AGFA CORPORATION, et al.,<br><br>    Defendants | NO. 04-CV-12041-REK<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Eric Bradford Hermanson, Esq., as counsel for AGFA CORPORATION in the above matter.

Respectfully submitted,

AGFA CORPORATION.

By counsel,

_____
Eric Bradford Hermanson (BBO # 560256)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON: 12-8-04

Dated: December 8, 2004

Exchange:3111587