UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWERS PRINTING CO., INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>AGFA CORPORATION and XPEDX,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 04-CV-12041-REK |

### NOTICE OF APPEARANCE

Please enter the appearance of John R. Skelton and Brandon L. Bigelow as counsel for xpedx, a division of International Paper Company, in the above-captioned matter.

                                      Respectfully submitted,
                                      **XPEDX,**

                                      By its attorneys,

                                      /s/ Brandon L. Bigelow
                                      John R. Skelton, BBO #552606
                                      Brandon L. Bigelow, BBO #651143
                                      **BINGHAM McCUTCHEN LLP**
                                      150 Federal Street
                                      Boston, MA  02110-1726
                                      (617) 951-8000

Dated: January 10, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 10, 2005.

/s/ Brandon L. Bigelow
Brandon L. Bigelow

LITDOCS/583823.1