UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

POWERS PRINTING CO., INC.,

    Plaintiff

v.

AGFA CORPORATION, et al.,

    Defendants

NO. 04-CV-12041-REK

**NOTICE OF WITHDRAWAL**

Kindly withdraw the appearance of Angus Macauley, James T. Hedgepath, and Nexsen Pruet Adams Kleemeier, LLC, as counsel for Agfa Corporation ("Agfa") in this matter. Eric Hermanson, of Choate, Hall & Stewart LLP, will continue to represent Agfa and should be added to the Court's notice list. (See Entry of Appearance dated December 8, 2004.)

Respectfully submitted,

AGFA CORPORATION.

By counsel,

Angus Macauley
James T. Hedgepath
NEXSEN PRUET ADAMS
   KLEEMEIER, LLC
1441 Main Street, Suite 1500
Columbia, South Carolina 29201
Phone: (803) 253-8210

Dated: October 4, 2005

Exchange:3776997

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWERS PRINTING CO., INC.<br><br>    Plaintiff<br><br>  v.<br><br>AGFA CORPORATION, et al.,<br><br>    Defendants | NO. 04-CV-12041-REK |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Notice of Withdrawal of Angus Macauley, James T. Hedgepath, and Nexsen Pruet Adams Kleemeier, LLC was served this day, by first class mail, upon Edwin Russell Jeter, Esq., Jeter & Williams, P.A., P.O. Box 7425, Columbia, SC 29202; Christopher Daniels, Esq., Nelson Mullins Riley & Scarborough LLP, 1320 Main Street, 17th Floor, Columbia, SC 29201; and Brandon Bigelow, Esq., Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110-1726.

Dated: October 6, 2005

3991331v1