ORIGINAL FILED

JUL 1 2 2004

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Powers Printing Company, Inc., | ) | Civil Action No. 3:04CV1792-22 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ANSWER AND COUNTERCLAIM OF** |
| | ) | **DEFENDANT XPEDX** |
| AGFA Corporation and XPEDX, | ) | (JURY TRIAL REQUESTED) |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Defendant, xpedx[1], answering the Plaintiff's Complaint and denying each and every allegation of the Complaint not specifically admitted or qualified herein, states the following:

1. [X]pedx admits, upon information and belief, the allegations in paragraph one of the Complaint.

2. [X]pedx is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in paragraph two of the Complaint, and therefore, denies the same and demands strict proof thereof.

3. Answering paragraph three, xpedx admits that it conducts business and has agents in South Carolina, including Richland County, but except as is specifically admitted hereinabove, each and every allegation in said paragraph is expressly denied.

4. The allegations in paragraph four call for a legal conclusion to which no response is required. To the extent a response is required, the allegations contained therein are denied.

---

[1] Defendant xpedx's proper registered name is all lowercase letters.

## FOR A FIRST DEFENSE TO THE FIRST CAUSE OF ACTION

5. Answering paragraph five of the Complaint, xpedx admits that in the summer of 2002, it provided the plaintiff with literature and information concerning AGFA's product line of proofing and plate making equipment, but except as is specifically admitted hereinabove, each and every allegation in said paragraph is expressly denied.

6. Answering paragraph six of the Complaint, xpedx admits that its employees met with Powers' employees and AGFA's employees on several occasions concerning AGFA's proofing and plate making equipment. [X]pedx denies the remaining allegations contained therein in so much as much as the allegations are directed to xpedx.

7. [X]pedx denies the allegations in paragraph seven of the Complaint in so much as the allegations are directed to xpedx.

8. [X]pedx denies the allegations in paragraph eight of the Complaint in so much as the allegations are directed to xpedx.

9. [X]pedx denies the allegations in paragraph nine of the Complaint in so much as the allegations are directed to xpedx.

10. [X]pedx denies the allegations in paragraph ten of the Complaint in so much as the allegations are directed to xpedx.

11. [X]pedx denies the allegations in paragraph eleven of the Complaint in so much as the allegations are directed to xpedx.

## FOR A FIRST DEFENSE TO THE SECOND CAUSE OF ACTION

12. Answering paragraph twelve of the Complaint, xpedx realleges its responses in paragraphs one through eleven as fully and effectively as if restated verbatim.

13. Answering paragraph thirteen of the Complaint, xpedx craves reference to the terms and conditions of the contract entered into between xpedx and the Plaintiff and any allegation inconsistent therewith is denied. Except as is specifically admitted hereinabove, each and every allegation in said paragraph is expressly denied.

14. [X]pedx denies the allegations in paragraph fourteen of the Complaint.

### FOR A FIRST DEFENSE TO THE THIRD CAUSE OF ACTION

15. Answering paragraph fifteen of the Complaint, xpedx realleges its responses in paragraph one through fourteen as fully and effectively as if restated verbatim.

16. [X]pedx denies the allegations in paragraph sixteen of the Complaint in so much as the allegations are directed to xpedx.

17. Except as is specifically admitted hereinabove, each and every allegation in the entire Complaint is expressly denied.

### FOR A SECOND DEFENSE

18. [X]pedx would show that Plaintiff fails to state a claim upon which relief can be granted and therefore, plaintiff's Complaint against xpedx should be dismissed.

### FOR A THIRD DEFENSE

19. Plaintiff's claims for non-economic damages, if any, are barred by the economic loss rule.

### FOR A FOURTH DEFENSE

20. One or more of Plaintiff's claims are barred by waiver and/or estoppel.

### FOR A FIFTH DEFENSE

21. Any damages allegedly sustained by Plaintiff, which are expressly denied, were caused by the acts or omissions of entities or persons other than xpedx, which acts or

omissions constitute the intervening and superceding causes of Plaintiff's alleged damages.

### FOR A SIXTH DEFENSE

22. Any injuries or damages sustained by the Plaintiff arising out of the incidents referred in the Complaint resulted solely from the acts and omission of a third party or parties over whom xpedx had no control and by reason of which xpedx is not liable to the Plaintiff.

### FOR A SEVENTH DEFENSE

23. [X]pedx would show that Plaintiff failed to satisfy a condition precedent under the contract, and therefore, its claims must be dismissed.

### FOR AN EIGHTH DEFENSE

24. [X]pedx would show that Plaintiff failed to perform its obligations under the contract and therefore, its claims must be dismissed.

### FOR A NINTH DEFENSE

25. The claims against xpedx are barred or diminished by the doctrine of comparative negligence.

### FOR A TENTH DEFENSE

26. All statements made by xpedx were made in good faith, were true at the time made, or were statements of opinion.

### FOR AN ELEVENTH DEFENSE

27. Plaintiff's rights and remedies are limited by contract, purchase agreement and terms of sale. Any recovery of damages beyond those permitted in the documents referenced

herein are barred. These limitations include, but are not limited to, the exclusion of Plaintiff's right to recover consequential damages.

## FOR A TWELFTH DEFENSE

28. Plaintiff has failed to mitigate damages as required by law

## FOR A THIRTEENTH DEFENSE AND BY WAY OF COUNTERCLAIM

29. [X]pedx is a division of International Paper and does business in the State of South Carolina, including Richland County.

30. Powers Printing Company, Inc. (hereinafter "Powers") is a corporation organized under the laws of the State of South Carolina and does business in Richland County.

31. This claim is a permissive counterclaim against Powers, which provides this court with jurisdiction over the matter pursuant to § 28 USC 1367.

32. From September of 2003, through May of 2004, xpedx sold goods to Powers. Powers took delivery of those goods and agreed to pay xpedx for the goods provided. A printout reflecting the dates the goods were delivered and the amounts for those goods is attached hereto and incorporated as Exhibit "A."

33. Powers owes xpedx $101,725.93 for the goods delivered, plus interest, which is accruing at the statutory rate.

Wherefore, xpedx demands judgment against Powers for the sum of $101,725.93, plus interest and costs; prays that Plaintiff's claims against it be dismissed, with

prejudice and for such other and further relief as the Court deems just and proper.

       NELSON MULLINS RILEY & SCARBOROUGH LLP

      By: _____
       Christopher J. Daniels
       Federal Bar No. 411
       Anthony C. Hayes
       Federal Bar No. 7500
       1320 Main Street / 17th Floor
       Post Office Box 11070 (29211)
       Columbia, SC 29201
       (803) 799-2000

      Attorneys for xpedx

Columbia, South Carolina

____7/12_____, 2004

# EXHIBIT A



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 1

**Payer:**
POWERS PRINTING
PO BOX  5108
SPARTANBURG SC 29304
UNITED STATES

Account with us : 102174/IP06
Contact         : Rita Brazeal

Rita.Brazeal@ipaper.com

**Account statement as of 06/14/2004**

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220N358219 | 030733-57400 | 09/30/2003 | 183 | | 1,090.90 | USD | 01 |
| 102174 | 220N358372 | 030731 | 09/30/2003 | 183 | | 862.77 | USD | 01 |
| 102174 | 220N358655 | 030736 | 10/02/2003 | 181 | | 495.85 | USD | 01 |
| 102174 | 220N358854 | 030737 | 10/03/2003 | 180 | | 379.92 | USD | 01 |
| 102174 | 220N359042 | 030739 | 10/03/2003 | 180 | | 689.33 | USD | 01 |
| 102174 | 220N359215 | 1 | 10/07/2003 | 176 | | 326.43 | USD | 01 |
| 102174 | 220N359478 | 030744 | 10/07/2003 | 176 | | 465.08 | USD | 01 |
| 102174 | 220N359987 | 030731 | 10/10/2003 | 173 | | 260.81 | USD | 01 |
| 102174 | 220N360106 | 030750 | 10/13/2003 | 170 | | 303.59 | USD | 01 |
| 102174 | 220N360107 | 030750 | 10/13/2003 | 170 | | 236.27 | USD | 01 |
| 102174 | 220N360144 | 030752-57400 | 10/13/2003 | 170 | | 595.69 | USD | 01 |
| 102174 | 220N360466 | 030754 | 10/14/2003 | 169 | | 275.83 | USD | 01 |
| 102174 | 220N360536 | 030754 | 10/15/2003 | 168 | | 147.39 | USD | 01 |
| 102174 | 220N360716 | 030747 | 10/15/2003 | 168 | | 574.19 | USD | 01 |
| 102174 | 220N360839 | 030748 | 10/16/2003 | 167 | | 161.92 | USD | 01 |
| 102174 | 220N360840 | 030747 | 10/16/2003 | 167 | | 177.00 | USD | 01 |
| 102174 | 220T521364 | DAVID | 10/16/2003 | 167 | | 44.50 | USD | 01 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 2
Account with us : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount $ | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220B914907 | 030754 | 10/17/2003 | 166 | | 152.91 | USD | 01 |
| 102174 | 220N360913 | 030748 | 10/17/2003 | 166 | | 30.40 | USD | 01 |
| 102174 | 220N360975 | 030747 | 10/17/2003 | 166 | | 226.46 | USD | 01 |
| 102174 | 220N361023 | 030754 | 10/17/2003 | 166 | | 2.61 | USD | 01 |
| 102174 | 220N361030 | 030758 | 10/17/2003 | 166 | | 1,242.29 | USD | 01 |
| 102174 | 220N361127 | 030760-57400 | 10/20/2003 | 163 | | 1,374.75 | USD | 01 |
| 102174 | 220N361409 | 030759 | 10/21/2003 | 162 | | 92.29 | USD | 01 |
| 102174 | 220N361452 | 030762 | 10/21/2003 | 162 | | 647.04 | USD | 01 |
| 102174 | 220N361692 | 030764 | 10/22/2003 | 161 | | 40.50 | USD | 01 |
| 102174 | 220D722347 | 030731 | 10/23/2003 | 160 | | 85.23 | USD | 01 |
| 102174 | 220N361625 | 030764 | 10/23/2003 | 160 | | 691.24 | USD | 01 |
| 102174 | 220N361867 | 030768 | 10/23/2003 | 160 | | 189.22 | USD | 01 |
| 102174 | 220N361965 | 030768 | 10/24/2003 | 159 | | 15.46 | USD | 01 |
| 102174 | 220N362046 | 030770 | 10/27/2003 | 156 | | 875.16 | USD | 01 |
| 102174 | 220N362171 | 030773 | 10/27/2003 | 156 | | 69.54 | USD | 01 |
| 102174 | 220N362248 | 030774 | 10/27/2003 | 156 | | 41.46 | USD | 01 |
| 102174 | 220N362466 | 030777 | 10/28/2003 | 155 | | 76.46 | USD | 01 |
| 102174 | 220N362777 | 030780 | 10/30/2003 | 153 | | 21.52 | USD | 01 |
| 102174 | 220N362806 | 030785 | 10/30/2003 | 153 | | 53.95 | USD | 01 |
| 102174 | 220T522142 | 030780 | 10/30/2003 | 153 | | 24.00 | USD | 01 |
| 102174 | 220T522206 | 030785 | 10/30/2003 | 153 | | 53.80 | USD | 01 |
| 102174 | 220T522330 | 030786 | 10/30/2003 | 153 | | 1,521.33 | USD | 01 |
| 102174 | 220T522334 | 030786 | 10/30/2003 | 153 | | 474.68 | USD | 01 |
| 102174 | 220T522335 | 030786 | 10/30/2003 | 153 | | 859.62 | USD | 01 |
| 102174 | 050N363297 | 030787 | 11/03/2003 | 149 | | 25.94 | USD | 01 |
| 102174 | 220N363079 | 030786 | 11/03/2003 | 149 | | 71.10 | USD | 01 |
| 102174 | 220N363295 | 030793 | 11/04/2003 | 148 | | 604.50 | USD | 01 |
| 102174 | 220R894536 | 030686 | 11/04/2003 | 148 | | 627.50- | USD | 11 |
| 102174 | 220R894537 | 030676 | 11/04/2003 | 148 | | 134.88- | USD | 11 |
| 102174 | 220N363443 | 030793 | 11/05/2003 | 147 | | 208.69 | USD | 01 |
| 102174 | 220N363450 | 030795 | 11/05/2003 | 147 | | 45.29 | USD | 01 |
| 102174 | 220N363618 | 030798 | 11/05/2003 | 147 | | 262.63 | USD | 01 |
| 102174 | 220N364004 | 030807 | 11/07/2003 | 145 | | 63.97 | USD | 01 |
| 102174 | 220N364049 | 030807 | 11/07/2003 | 145 | | 368.77 | USD | 01 |
| 102174 | 220N363850 | 030802 | 11/10/2003 | 142 | | 652.33 | USD | 01 |
| 102174 | 220N364161 | 030812-57400 | 11/10/2003 | 142 | | 807.08 | USD | 01 |
| 102174 | 220N364194 | 030810 | 11/10/2003 | 142 | | 92.18 | USD | 01 |
| 102174 | 220N364616 | 030817-57400 | 11/12/2003 | 140 | | 803.84 | USD | 01 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 3
**Account with us : 102174**

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount ¢ | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220D723086 | 030786 | 11/13/2003 | 139 | | 54.58 | USD | 01 |
| 102174 | 220N364907 | 030821 | 11/17/2003 | 135 | | 562.72 | USD | 01 |
| 102174 | 220N365010 | 030826 | 11/17/2003 | 135 | | 4,541.88 | USD | 01 |
| 102174 | 220N365260 | 030832 | 11/17/2003 | 135 | | 85.41 | USD | 01 |
| 102174 | 220N365390 | 030835-57400 | 11/18/2003 | 134 | | 208.69 | USD | 01 |
| 102174 | 220N365409 | 030833 | 11/18/2003 | 134 | | 3,044.42 | USD | 01 |
| 102174 | 220T523281 | 030835-57400 | 11/18/2003 | 134 | | 610.48 | USD | 01 |
| 102174 | 220N365617 | 030838 | 11/19/2003 | 133 | | 214.64 | USD | 01 |
| 102174 | 220T523349 | 030836 | 11/19/2003 | 133 | | 32.05 | USD | 01 |
| 102174 | 220N365876 | 030843 | 11/20/2003 | 132 | | 355.73 | USD | 01 |
| 102174 | 220D723187 | 030821 | 11/21/2003 | 131 | | 15.18 | USD | 01 |
| 102174 | 220N365873 | 030841 | 11/21/2003 | 131 | | 4,616.65 | USD | 01 |
| 102174 | 220N366020 | 030846-57400 | 11/21/2003 | 131 | | 882.75 | USD | 01 |
| 102174 | 220N366096 | 030841 | 11/21/2003 | 131 | | 72.55 | USD | 01 |
| 102174 | 220N366097 | 030845 | 11/21/2003 | 131 | | 64.45 | USD | 01 |
| 102174 | 220T523388 | 030838 | 11/21/2003 | 131 | | 734.58 | USD | 01 |
| 102174 | 220N358372 | | 11/24/2003 | 202 | | 8.18- | USD | 16 |
| 102174 | 220T517686 | | 11/24/2003 | 202 | | 37.74- | USD | 16 |
| 102174 | 220N366527 | 030850 | 11/25/2003 | 127 | | 672.80 | USD | 01 |
| 102174 | 22OI9721 | 030843 | 11/26/2003 | 126 | | 1,513.74 | USD | 01 |
| 102174 | 220N366456 | 030848 | 11/26/2003 | 126 | | 370.72 | USD | 01 |
| 102174 | 220N366727 | 030855 | 11/26/2003 | 126 | | 139.85 | USD | 01 |
| 102174 | 220N366838 | 030857-57400 | 12/01/2003 | 121 | | 676.77 | USD | 01 |
| 102174 | 220N366888 | DAVID/VERBAL | 12/01/2003 | 121 | | 132.61 | USD | 01 |
| 102174 | 220R894624 | 030841, N365873 | 12/01/2003 | 121 | | 77.55- | USD | 11 |
| 102174 | 220N367029 | 030863 | 12/02/2003 | 120 | | 151.53 | USD | 01 |
| 102174 | 220N367210 | 030867 | 12/03/2003 | 119 | | 470.19 | USD | 01 |
| 102174 | 220N367362 | 030867 | 12/04/2003 | 118 | | 121.55 | USD | 01 |
| 102174 | 220N367609 | 030870-57400 | 12/05/2003 | 117 | | 1,221.75 | USD | 01 |
| 102174 | 220N367663 | 030869 | 12/05/2003 | 117 | | 68.26 | USD | 01 |
| 102174 | 050N367960 | RENA | 12/08/2003 | 114 | | 35.00 | USD | 01 |
| 102174 | 220N367890 | 030873 | 12/08/2003 | 114 | | 183.65 | USD | 01 |
| 102174 | 220N368030 | 030876 | 12/09/2003 | 113 | | 166.96 | USD | 01 |
| 102174 | 220N368113 | 030876 | 12/09/2003 | 113 | | 373.42 | USD | 01 |
| 102174 | 220N368121 | 030877 | 12/09/2003 | 113 | | 1,090.90 | USD | 01 |
| 102174 | 220N368475 | 030878 | 12/11/2003 | 111 | | 1,413.57 | USD | 01 |
| 102174 | 22OI9763 | 030863 | 12/12/2003 | 110 | | 2,018.32 | USD | 01 |
| 102174 | 220N368816 | 030881 | 12/15/2003 | 107 | | 78.57 | USD | 01 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 4
Account with us : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220N368818 | 030881 | 12/15/2003 | 107 | | 718.72 | USD | 01 |
| 102174 | 220N369002 | 030881 | 12/15/2003 | 107 | | 276.69 | USD | 01 |
| 102174 | 220I9634 | 030817-57400 | 12/16/2003 | 106 | | 305.24 | USD | 01 |
| 102174 | 220N369155 | 030887 | 12/16/2003 | 106 | | 799.04 | USD | 01 |
| 102174 | 220N369395 | 030889 | 12/17/2003 | 105 | | 329.25 | USD | 01 |
| 102174 | 220N369763 | 030893 | 12/19/2003 | 103 | | 199.98 | USD | 01 |
| 102174 | 220N370191 | 030900 | 12/24/2003 | 98 | | 145.10 | USD | 01 |
| 102174 | 220N370306 | 030901 | 12/29/2003 | 93 | | 175.44 | USD | 01 |
| 102174 | 220N370338 | 030903-57400 | 12/30/2003 | 92 | | 495.75 | USD | 01 |
| 102174 | 220N370469 | 030904 | 12/30/2003 | 92 | | 252.00 | USD | 01 |
| 102174 | 050N370720 | DAVID | 12/31/2003 | 91 | | 25.34 | USD | 01 |
| 102174 | 220C860473 | 3RD QTR 2003 REBATE | 12/31/2003 | 91 | | 867.40- | USD | 11 |
| 102174 | 220N370749 | 40001 | 01/05/2004 | 86 | | 975.95 | USD | 01 |
| 102174 | 220N370758 | DENISE | 01/05/2004 | 86 | | 81.96 | USD | 01 |
| 102174 | 220D723916 | 030894 | 01/06/2004 | 85 | | 2,260.00 | USD | 01 |
| 102174 | 220N370951 | 40001 | 01/06/2004 | 85 | | 41.55 | USD | 01 |
| 102174 | 220N370991 | 40008 | 01/06/2004 | 85 | | 834.75 | USD | 01 |
| 102174 | 220N371020 | 40006 | 01/06/2004 | 85 | | 277.20 | USD | 01 |
| 102174 | 220N371219 | 40010 | 01/07/2004 | 84 | | 397.72 | USD | 01 |
| 102174 | 220N371517 | 40011 | 01/08/2004 | 83 | | 151.74 | USD | 01 |
| 102174 | 220N371709 | RENA | 01/09/2004 | 82 | | 99.20 | USD | 01 |
| 102174 | 220N371710 | 40015 | 01/09/2004 | 82 | | 107.29 | USD | 01 |
| 102174 | 220N371910 | 40023 | 01/12/2004 | 79 | | 36.23 | USD | 01 |
| 102174 | 220T526048 | 40015 | 01/13/2004 | 78 | | 99.20 | USD | 01 |
| 102174 | 050D723895 | 40001 | 01/14/2004 | 77 | | 99.84 | USD | 01 |
| 102174 | 050N372450 | 48033 | 01/14/2004 | 77 | | 21.94 | USD | 01 |
| 102174 | 220N372233 | 40030 | 01/14/2004 | 77 | | 861.45 | USD | 01 |
| 102174 | 220N372584 | 40036 | 01/15/2004 | 76 | | 35.96 | USD | 01 |
| 102174 | 220N372873 | 40040 | 01/19/2004 | 72 | | 679.84 | USD | 01 |
| 102174 | 220N372879 | 40039 | 01/19/2004 | 72 | | 495.75 | USD | 01 |
| 102174 | 220T526529 | 40040 | 01/20/2004 | 71 | | 336.00 | USD | 01 |
| 102174 | 220N373376 | 40059 | 01/21/2004 | 70 | | 208.69 | USD | 01 |
| 102174 | 220N373636 | 40064 | 01/22/2004 | 69 | | 60.79 | USD | 01 |
| 102174 | 220N373721 | 40066/57400 | 01/22/2004 | 69 | | 834.75 | USD | 01 |
| 102174 | 9002444168 | 40001 | 01/27/2004 | 64 | | 432.41 | USD | 01 |
| 102174 | 9002448637 | 40069 | 01/28/2004 | 63 | | 42.84 | USD | 01 |
| 102174 | 9002448665 | 40070 | 01/28/2004 | 63 | | 285.12 | USD | 01 |
| 102174 | 9002453887 | 40068 | 01/29/2004 | 62 | | 171.65 | USD | 01 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 5
Account with us : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002463338 | 40079 | 01/30/2004 | 61 | | 31.26 | USD | 01 |
| 102174 | 9002471754 | 40088 | 02/03/2004 | 57 | | 139.11 | USD | 01 |
| 102174 | 9002477077 | 40095 | 02/04/2004 | 56 | | 460.12 | USD | 01 |
| 102174 | 9002481106 | 40092 | 02/05/2004 | 55 | | 1,047.62 | USD | 01 |
| 102174 | 9002482640 | 40098 | 02/05/2004 | 55 | | 111.60 | USD | 01 |
| 102174 | 9002486006 | 40088 | 02/06/2004 | 54 | | 15.81 | USD | 01 |
| 102174 | 9002490982 | 40088 | 02/09/2004 | 51 | | 69.18 | USD | 01 |
| 102174 | 9002496414 | 40109 | 02/10/2004 | 50 | | 6.00 | USD | 01 |
| 102174 | 9002496443 | 40107-57400 | 02/10/2004 | 50 | | 2,515.03 | USD | 01 |
| 102174 | 9002496452 | 40107-57400 | 02/10/2004 | 50 | | 32.28 | USD | 01 |
| 102174 | 9002501716 | 40114 | 02/11/2004 | 49 | | 36.53 | USD | 01 |
| 102174 | 9002506983 | 40115 | 02/12/2004 | 48 | | 1,977.73 | USD | 01 |
| 102174 | 9002507019 | 40115 | 02/12/2004 | 48 | | 272.39 | USD | 01 |
| 102174 | 9002511744 | 40120 | 02/13/2004 | 47 | | 81.00 | USD | 01 |
| 102174 | 9002511778 | 40120 | 02/13/2004 | 47 | | 92.82 | USD | 01 |
| 102174 | 9002511799 | 40120 | 02/13/2004 | 47 | | 128.90 | USD | 01 |
| 102174 | 9002517052 | 40128 | 02/16/2004 | 44 | | 30.39 | USD | 01 |
| 102174 | 9002526957 | 40100 | 02/18/2004 | 42 | | 164.10 | USD | 01 |
| 102174 | 9002526961 | SEE LINES | 02/18/2004 | 42 | | 84.08 | USD | 01 |
| 102174 | 9002527047 | 40104 | 02/18/2004 | 42 | | 25.53 | USD | 01 |
| 102174 | 9002527053 | 40108 | 02/18/2004 | 42 | | 2,447.44 | USD | 01 |
| 102174 | 9002527060 | 40107-57400 | 02/18/2004 | 42 | | 145.10 | USD | 01 |
| 102174 | 9002527073 | 40109 | 02/18/2004 | 42 | | 69.18 | USD | 01 |
| 102174 | 9002527095 | 40109 | 02/18/2004 | 42 | | 240.15 | USD | 01 |
| 102174 | 9002527151 | 40115 | 02/18/2004 | 42 | | 1,149.99 | USD | 01 |
| 102174 | 9002527168 | 40115 | 02/18/2004 | 42 | | 44.40 | USD | 01 |
| 102174 | 9002527187 | 40115 | 02/18/2004 | 42 | | 116.30 | USD | 01 |
| 102174 | 9002527363 | 40129 | 02/18/2004 | 42 | | 136.84 | USD | 01 |
| 102174 | 9002527414 | 40131 | 02/18/2004 | 42 | | 32.66 | USD | 01 |
| 102174 | 9002527462 | 40129 | 02/18/2004 | 42 | | 59.64 | USD | 01 |
| 102174 | 9002528897 | 40107-57400 | 02/18/2004 | 42 | | 96.67 | USD | 01 |
| 102174 | 9002528899 | 40107-57400 | 02/18/2004 | 42 | | 387.36 | USD | 01 |
| 102174 | 9002532689 | 40133 | 02/19/2004 | 41 | | 128.90 | USD | 01 |
| 102174 | 9002532750 | 40133 | 02/19/2004 | 41 | | 68.42 | USD | 01 |
| 102174 | 9002537664 | 40136 | 02/20/2004 | 40 | | 34.08 | USD | 01 |
| 102174 | 9002538952 | 40137 | 02/20/2004 | 40 | | 322.25 | USD | 01 |
| 102174 | 9002542566 | 40137 | 02/23/2004 | 37 | | 364.91 | USD | 01 |
| 102174 | 9002542605 | 40137 | 02/23/2004 | 37 | | 1,551.08 | USD | 01 |



**xpedx**
*We deliver excellence.*
xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 6
Account with us : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount $ | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002548150 | 40137 | 02/24/2004 | 36 | | 46.72 | USD | 01 |
| 102174 | 9002548188 | 40141 | 02/24/2004 | 36 | | 1,293.27 | USD | 01 |
| 102174 | 9002553554 | 40144 | 02/25/2004 | 35 | | 13.70 | USD | 01 |
| 102174 | 9002553576 | 40144 | 02/25/2004 | 35 | | 136.40 | USD | 01 |
| 102174 | 9002553591 | 40145/57400 | 02/25/2004 | 35 | | 1,298.00 | USD | 01 |
| 102174 | 9002553603 | 40144 | 02/25/2004 | 35 | | 4.70 | USD | 01 |
| 102174 | 050N374766 | RENEE | 03/01/2004 | 30 | | 35.24 | USD | 01 |
| 102174 | 9002574007 | RALPH | 03/01/2004 | 30 | | 1,537.60 | USD | 01 |
| 102174 | 9002578861 | 40149 | 03/02/2004 | 29 | | 788.99 | USD | 01 |
| 102174 | 9002578878 | 40117 | 03/02/2004 | 29 | | 373.04 | USD | 01 |
| 102174 | 9002578912 | 40150 | 03/02/2004 | 29 | | 359.56 | USD | 01 |
| 102174 | 050D724227 | 40141 | 03/03/2004 | 28 | | 71.00 | USD | 01 |
| 102174 | 9002589309 | 40117 | 03/04/2004 | 27 | | 574.20 | USD | 01 |
| 102174 | 9002589317 | 40151 | 03/04/2004 | 27 | | 79.18 | USD | 01 |
| 102174 | 9002589345 | SUPPLIES | 03/04/2004 | 27 | | 447.00 | USD | 01 |
| 102174 | 9002591009 | 40151 | 03/04/2004 | 27 | | 153.95 | USD | 01 |
| 102174 | 9002594769 | 40168 | 03/05/2004 | 26 | | 136.84 | USD | 01 |
| 102174 | 9002594782 | 40168 | 03/05/2004 | 26 | | 147.83 | USD | 01 |
| 102174 | 9002471754 | 4008 | 03/08/2004 | 23 | | 47.34- | USD | 11 |
| 102174 | 9002599479 | 40150 | 03/08/2004 | 23 | | 560.04 | USD | 01 |
| 102174 | 9002599498 | 40168 | 03/08/2004 | 23 | | 121.10 | USD | 01 |
| 102174 | 9002599519 | 40167 | 03/08/2004 | 23 | | 139.23 | USD | 01 |
| 102174 | 9002610042 | 40171 | 03/10/2004 | 21 | | 27.11 | USD | 01 |
| 102174 | 9002610083 | 40149 | 03/10/2004 | 21 | | 206.71 | USD | 01 |
| 102174 | 9002619870 | 40181-57400 | 03/12/2004 | 19 | | 2,788.94 | USD | 01 |
| 102174 | 9002619881 | 40178 | 03/12/2004 | 19 | | 52.37 | USD | 01 |
| 102174 | 9002619888 | 40183 | 03/12/2004 | 19 | | 2,700.18 | USD | 01 |
| 102174 | 9002619909 | 40183 | 03/12/2004 | 19 | | 113.94 | USD | 01 |
| 102174 | 9002625153 | 40187 | 03/15/2004 | 16 | | 168.54 | USD | 01 |
| 102174 | 9002625176 | 40187 | 03/15/2004 | 16 | | 798.62 | USD | 01 |
| 102174 | 9002625222 | 40187 | 03/15/2004 | 16 | | 1,115.94 | USD | 01 |
| 102174 | 9002630797 | 40187 | 03/16/2004 | 15 | | 13.58 | USD | 01 |
| 102174 | 9002630812 | 40187 | 03/16/2004 | 15 | | 3,635.88 | USD | 01 |
| 102174 | 9002636348 | 40191 | 03/17/2004 | 14 | | 71.21 | USD | 01 |
| 102174 | 9002641771 | 40191 | 03/18/2004 | 13 | | 142.42 | USD | 01 |
| 102174 | 9002641861 | 40199 | 03/18/2004 | 13 | | 676.44 | USD | 01 |
| 102174 | 9002646925 | 40203 | 03/19/2004 | 12 | | 492.46 | USD | 01 |
| 102174 | 9002646940 | 40203 | 03/19/2004 | 12 | | 107.27 | USD | 01 |


*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 06/14/2004
Page : 7
Account with us : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002646979 | 40206 | 03/19/2004 | 12 | | 232.95 | USD | 01 |
| 102174 | 9002650531 | 40209 | 03/22/2004 | 9 | | 99.62 | USD | 01 |
| 102174 | 9002650537 | SUPPLIES | 03/22/2004 | 9 | | 39.38 | USD | 01 |
| 102174 | 9002667495 | 40219-57400 | 03/25/2004 | 6 | | 1,926.34 | USD | 01 |
| 102174 | 9002667512 | 40215 | 03/25/2004 | 6 | | 13.79 | USD | 01 |
| 102174 | 9002667519 | 40220 | 03/25/2004 | 6 | | 1,213.71 | USD | 01 |
| 102174 | 9002667528 | 40199 | 03/25/2004 | 6 | | 737.43 | USD | 01 |
| 102174 | 9002667512 | 40215 | 03/26/2004 | 5 | | 36.75 | USD | 01 |
| 102174 | 9002684667 | 40181-57400 | 03/30/2004 | 1 | | 515.95 | USD | 01 |
| 102174 | 9002684734 | 40219-57400 | 03/30/2004 | 1 | | 692.90 | USD | 01 |
| 102174 | 160-440660 | 39171 | 05/19/2004 | 4- | | 844.10 | USD | 01 |
| 102174 | 160-440702 | 39171 | 05/24/2004 | 9- | | 422.55 | USD | 01 |

**Balance for 102174 :**                                    101,725.93    USD

| Current | Past Due 1-30 | Past Due 31-60 | Past Due 61-90 | Past Due 91 + |
|---|---|---|---|---|
| 1,266.65 | 24,097.89 | 17,478.38 | 9,961.08 | 48,921.93 |

**PLEASE REMIT TO (NOT FOR CORRESPONDENCE)**

DEPT 0978
P.O. Box 120978
DALLAS , TX 75312-0978

## CERTIFICATE OF SERVICE

I, the undersigned Administrative Assistant of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for xpedx, do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:                Answer and Counterclaim of Defendant xpedx

Counsel Served:

Robert C. Kelly, Esquire
P.O. Box 7037
Columbia, SC 29202

Edwin Russell Jeter, Esquire
Jeter & Williams, P.A.
P.O. Box 7425
Columbia, SC 29202

Angus H. Macaulay, Jr., Esquire
Nexsen Pruet Jacobs & Pollard LLC
P.O. Drawer 2426
Columbia, SC 29202

Kim R. Smith
Administrative Assistant

July 12, 2004