**Bigelow, Brandon L.**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, October 14, 2005 1:25 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-12041-REK Powers Printing Company, Inc. v. AGFA Corporation et al "Status Conference" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Folan, Karen entered on 10/14/2005 at 1:25 PM EDT and filed on 10/11/2005

**Case Name:** Powers Printing Company, Inc. v. AGFA Corporation et al
**Case Number:** 1:04-cv-12041
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Status Conference held on 10/11/2005. Court notes that plaintiff's counsel is not present. Xpedx counsel states that he spoke to plaintiffs counsel in September, but has not heard from him since. Xpedx counsel requests default or, in the alternative, order that plaintiff's counsel must appear within 30 days. Court orders default because plaintiff has not appeared through any authorized attorney. Defendants may file any further requests. (Court Reporter Lee Marzilli.) (Folan, Karen)

The following document(s) are associated with this transaction:

**1:04-cv-12041 Notice will be electronically mailed to:**

Brandon L. Bigelow    brandon.bigelow@bingham.com

John R. Skelton    john.skelton@bingham.com

**1:04-cv-12041 Notice will not be electronically mailed to:**

Christopher James Daniels
Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211

Anthony C. Hayes

10/14/2005

Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211

Jamie Hedgepath
Nexsen Pruet Jacobs and Pollard
P.O. Drawer 2426
Columbia, SC 29202

Eric Bradford Hermanson
Choate, Hall and Stewart
53 State Street
Exchange Place
Boston, MA 02109

Edwin Russell Jeter
Jeter and Williams
P.O. Box 7425
Columbia, SC 29202

Robert Covington Kelly
P.O. Box 7037
Columbia, SC 29202

Angus H. Macaulay , Jr
Nexsen Pruet Jacobs and Pollard
P.O. Drawer 2426
! Columbia, SC 29202

10/14/2005