**BINGHAM McCUTCHEN**

Brandon L. Bigelow
Direct Phone: (617) 951-8305
Direct Fax:     (617) 951-8736
brandon.bigelow@bingham.com

September 12, 2005

**VIA FACSIMILE (864) 578-7402 AND FIRST CLASS MAIL**

Mr. Ralph Mechling
Powers Printing Co., Inc.
97 Industrial Road
Roebuck, SC 29376-2522

*Re: Powers Printing Co., Inc. v. AGFA Corp. and xpedx,*
*U.S. District Court for the District of Massachusetts,*
*Civil Action No. 04-CV-12041-REK*

Dear Mr. Mechling:

    As I explained to you this morning, this office represents xpedx in connection with the above-referenced matter, which was transferred from the United States District Court for the District of South Carolina to the United States District Court for the District of Massachusetts more than a year ago. Although AGFA Corporation and xpedx have both entered appearances before the court in Massachusetts in this matter, to date your company has not done so.

    Having waited more than a year to get some resolution on its counterclaim, it is xpedx's intention to move to compel Powers Printing to enter an appearance in this matter and otherwise prosecute the litigation. In accordance with Local Rule 7.1(a), we are required to confer and attempt in good faith to resolve or narrow the issues in dispute in advance of filing such a motion. We understand that Edwin Russell Jeter, your counsel while this matter was pending in South Carolina, no longer represents you in connection with this matter. You indicated to me on the telephone this morning that you have engaged or intend to engage new counsel to represent you, although when we spoke you did not know counsel's name and you could not provide contact information.

    If we do not hear from you or your counsel by close of business on Wednesday, September 14, 2005, we will presume that you do not wish to confer in accordance with Local Rule 7.1(a), and will file a certification to that effect. Please have your attorney contact me as soon as possible to discuss his or her appearance in Massachusetts.

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

LITDOCS/614712.1

Mr. Ralph Mechling
September 12, 2005
Page 2

Thank you for your time and consideration.

Sincerely yours,

Brandon L. Bigelow

Bingham McCutchen LLP
bingham.com

cc:   John R. Skelton, Esq.