# BINGHAM McCUTCHEN

Brandon L. Bigelow
Direct Phone: (617) 951-8305
Direct Fax:    (617) 951-8736
brandon.bigelow@bingham.com

September 20, 2005

**VIA FACSIMILE (864) 576-7402 AND FIRST CLASS MAIL**

Mr. Ralph Mechling
Powers Printing Co., Inc.
97 Industrial Road
Roebuck, SC 29376-2522

*Re: Powers Printing Co., Inc. v. AGFA Corp. and xpedx,*
*U.S. District Court for the District of Massachusetts,*
*Civil Action No. 04-CV-12041-REK*

Dear Mr. Mechling:

The Court has set a status conference in the above-referenced matter for Tuesday, October 11, 2005. A copy of the Notice of Hearing is enclosed for your reference. Please have your counsel contact me as soon as possible to discuss how we should proceed in this matter.

Sincerely yours,

Brandon L. Bigelow

cc:  John R. Skelton, Esq. (*w/encl.*)
     Eric B. Hermanson, Esq. (*by fax, w/encl.*)

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**Bigelow, Brandon L.**

---

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, September 19, 2005 10:09 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-12041-REK Powers Printing Company, Inc. v. AGFA Corporation et al "Notice of Hearing"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Folan, Karen entered on 9/19/2005 at 10:08 AM EDT and filed on 9/19/2005
**Case Name:**     Powers Printing Company, Inc. v. AGFA Corporation et al
**Case Number:**   1:04-cv-12041
**Filer:**
**Document Number:**

**Docket Text:**
ELECTRONIC NOTICE of Hearing: Status Conference set for Tuesday, 10/11/2005 02:30 PM before Judge Robert E. Keeton. (Folan, Karen)

The following document(s) are associated with this transaction:


**1:04-cv-12041 Notice will be electronically mailed to:**

Brandon L. Bigelow     brandon.bigelow@bingham.com

John R. Skelton     john.skelton@bingham.com

**1:04-cv-12041 Notice will not be electronically mailed to:**

Christopher James Daniels
Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211

Anthony C. Hayes
Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211

9/20/2005

Jamie Hedgepath
Nexsen Pruet Jacobs and Pollard
P.O. Drawer 2426
Columbia, SC 29202

Eric Bradford Hermanson
Choate, Hall and Stewart
53 State Street
Exchange Place
Boston, MA 02109

Edwin Russell Jeter
Jeter and Williams
P.O. Box 7425
Columbia, SC 29202

Robert Covington Kelly
P.O. Box 7037
Columbia, SC 29202

Angus H. Macaulay , Jr
Nexsen Pruet Jacobs and Pollard
P.O. Drawer 2426
! Columbia, SC 29202

9/20/2005