

*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

Date : 10/14/2005
Page : 1

**Payer:**
POWERS PRINTING
97 INDUSTRIAL PARK RD
ROEBUCK SC  29376-2522
USA

**Account with us** : 102174/IP50
**Contact**          : ANITA HAYES
                       866-888-8573
                       GREENSBORO
                       Anita.Hayes@ipaper.com

## Account statement as of 10/14/2005

MR. BRANDON BIGELOW

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220N358219 | 030733-57400 | 09/30/2003 | 745 | | 1,090.90 | USD | 09 |
| 102174 | 220N358372 | 030731 | 09/30/2003 | 745 | | 862.77 | USD | 09 |
| 102174 | 220N358655 | 030736 | 10/02/2003 | 743 | | 495.85 | USD | 09 |
| 102174 | 220N358854 | 030737 | 10/03/2003 | 742 | | 379.92 | USD | 09 |
| 102174 | 220N359042 | 030739 | 10/03/2003 | 742 | | 689.33 | USD | 09 |
| 102174 | 220N359215 | 1 | 10/07/2003 | 738 | | 326.43 | USD | 09 |
| 102174 | 220N359478 | 030744 | 10/07/2003 | 738 | | 465.08 | USD | 09 |
| 102174 | 220N359987 | 030731 | 10/10/2003 | 735 | | 260.81 | USD | 09 |
| 102174 | 220N360106 | 030750 | 10/13/2003 | 732 | | 303.59 | USD | 09 |
| 102174 | 220N360107 | 030750 | 10/13/2003 | 732 | | 236.27 | USD | 09 |
| 102174 | 220N360144 | 030752-57400 | 10/13/2003 | 732 | | 595.69 | USD | 09 |
| 102174 | 220N360466 | 030754 | 10/14/2003 | 731 | | 275.83 | USD | 09 |
| 102174 | 220N360536 | 030754 | 10/15/2003 | 730 | | 147.39 | USD | 09 |
| 102174 | 220N360716 | 030747 | 10/15/2003 | 730 | | 574.19 | USD | 09 |
| 102174 | 220N360839 | 030748 | 10/16/2003 | 729 | | 161.92 | USD | 09 |
| 102174 | 220N360840 | 030747 | 10/16/2003 | 729 | | 177.00 | USD | 09 |



**xpedx**
*We deliver excellence.*
xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 2
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220B914907 | 030754 | 10/17/2003 | 728 | | 152.91 | USD | 09 |
| 102174 | 220N360913 | 030748 | 10/17/2003 | 728 | | 30.40 | USD | 09 |
| 102174 | 220N360975 | 030747 | 10/17/2003 | 728 | | 226.46 | USD | 09 |
| 102174 | 220N361023 | 030754 | 10/17/2003 | 728 | | 2.61 | USD | 09 |
| 102174 | 220N361030 | 030758 | 10/17/2003 | 728 | | 1,242.29 | USD | 09 |
| 102174 | 220N361127 | 030760-57400 | 10/20/2003 | 725 | | 1,374.75 | USD | 09 |
| 102174 | 220N361409 | 030759 | 10/21/2003 | 724 | | 92.29 | USD | 09 |
| 102174 | 220N361452 | 030762 | 10/21/2003 | 724 | | 647.04 | USD | 09 |
| 102174 | 220N361692 | 030764 | 10/22/2003 | 723 | | 40.50 | USD | 09 |
| 102174 | 220D722347 | 030731 | 10/23/2003 | 722 | | 85.23 | USD | 09 |
| 102174 | 220N361625 | 030764 | 10/23/2003 | 722 | | 691.24 | USD | 09 |
| 102174 | 220N361867 | 030768 | 10/23/2003 | 722 | | 189.22 | USD | 09 |
| 102174 | 220N361965 | 030768 | 10/24/2003 | 721 | | 15.46 | USD | 09 |
| 102174 | 220N362046 | 030770 | 10/27/2003 | 718 | | 875.16 | USD | 09 |
| 102174 | 220N362171 | 030773 | 10/27/2003 | 718 | | 69.54 | USD | 09 |
| 102174 | 220N362248 | 030774 | 10/27/2003 | 718 | | 41.46 | USD | 09 |
| 102174 | 220N362466 | 030777 | 10/28/2003 | 717 | | 76.46 | USD | 09 |
| 102174 | 220N362777 | 030780 | 10/30/2003 | 715 | | 21.52 | USD | 09 |
| 102174 | 220N362806 | 030785 | 10/30/2003 | 715 | | 53.95 | USD | 09 |
| 102174 | 220T522142 | 030780 | 10/30/2003 | 715 | | 24.00 | USD | 09 |
| 102174 | 220T522206 | 030785 | 10/30/2003 | 715 | | 53.80 | USD | 09 |
| 102174 | 220T522330 | 030786 | 10/30/2003 | 715 | | 1,521.33 | USD | 09 |
| 102174 | 220T522334 | 030786 | 10/30/2003 | 715 | | 474.68 | USD | 09 |
| 102174 | 220T522335 | 030786 | 10/30/2003 | 715 | | 859.62 | USD | 09 |
| 102174 | 220N363079 | 030786 | 11/03/2003 | 711 | | 71.10 | USD | 09 |
| 102174 | 050N363297 | 030787 | 11/03/2003 | 711 | | 25.94 | USD | 09 |
| 102174 | 220N363295 | 030793 | 11/04/2003 | 710 | | 604.50 | USD | 09 |
| 102174 | 220R894536 | 030686 | 11/04/2003 | 710 | | 627.50- | USD | 19 |
| 102174 | 220R894537 | 030676 | 11/04/2003 | 710 | | 134.88- | USD | 19 |
| 102174 | 220N363443 | 030793 | 11/05/2003 | 709 | | 208.69 | USD | 09 |
| 102174 | 220N363450 | 030795 | 11/05/2003 | 709 | | 45.29 | USD | 09 |
| 102174 | 220N363618 | 030798 | 11/05/2003 | 709 | | 262.63 | USD | 09 |
| 102174 | 220N364004 | 030807 | 11/07/2003 | 707 | | 63.97 | USD | 09 |
| 102174 | 220N364049 | 030807 | 11/07/2003 | 707 | | 368.77 | USD | 09 |
| 102174 | 220N363850 | 030802 | 11/10/2003 | 704 | | 652.33 | USD | 09 |
| 102174 | 220N364161 | 030812-57400 | 11/10/2003 | 704 | | 807.08 | USD | 09 |
| 102174 | 220N364194 | 030810 | 11/10/2003 | 704 | | 92.18 | USD | 09 |
| 102174 | 220N364616 | 030817-57400 | 11/12/2003 | 702 | | 803.84 | USD | 09 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 3
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220D723086 | 030786 | 11/13/2003 | 701 | | 54.58 | USD | 09 |
| 102174 | 220N364907 | 030821 | 11/17/2003 | 697 | | 562.72 | USD | 09 |
| 102174 | 220N365010 | 030826 | 11/17/2003 | 697 | | 4,541.88 | USD | 09 |
| 102174 | 220N365260 | 030832 | 11/17/2003 | 697 | | 85.41 | USD | 09 |
| 102174 | 220N365390 | 030835-57400 | 11/18/2003 | 696 | | 208.69 | USD | 09 |
| 102174 | 220N365409 | 030833 | 11/18/2003 | 696 | | 3,044.42 | USD | 09 |
| 102174 | 220T523281 | 030835-57400 | 11/18/2003 | 696 | | 610.48 | USD | 09 |
| 102174 | 220N365617 | 030838 | 11/19/2003 | 695 | | 214.64 | USD | 09 |
| 102174 | 220T523349 | 030836 | 11/19/2003 | 695 | | 32.05 | USD | 09 |
| 102174 | 220N365876 | 030843 | 11/20/2003 | 694 | | 355.73 | USD | 09 |
| 102174 | 220D723187 | 030821 | 11/21/2003 | 693 | | 15.18 | USD | 09 |
| 102174 | 220N365873 | 030841 | 11/21/2003 | 693 | | 4,616.65 | USD | 09 |
| 102174 | 220N366020 | 030846-57400 | 11/21/2003 | 693 | | 882.75 | USD | 09 |
| 102174 | 220N366096 | 030841 | 11/21/2003 | 693 | | 72.55 | USD | 09 |
| 102174 | 220N366097 | 030845 | 11/21/2003 | 693 | | 64.45 | USD | 09 |
| 102174 | 220T523388 | 030838 | 11/21/2003 | 693 | | 734.58 | USD | 09 |
| 102174 | 6011 | ment by customer | 11/24/2003 | 690 | | 8.18- | USD | 19 |
| 102174 | 220N366527 | 030850 | 11/25/2003 | 689 | | 672.80 | USD | 09 |
| 102174 | 220I9721 | 030843 | 11/26/2003 | 688 | | 1,513.74 | USD | 09 |
| 102174 | 220N366456 | 030848 | 11/26/2003 | 688 | | 370.72 | USD | 09 |
| 102174 | 220N366727 | 030855 | 11/26/2003 | 688 | | 139.85 | USD | 09 |
| 102174 | 220N366838 | 030857-57400 | 12/01/2003 | 683 | | 676.77 | USD | 09 |
| 102174 | 220N366888 | DAVID/VERBAL | 12/01/2003 | 683 | | 132.61 | USD | 09 |
| 102174 | 220R894624 | 030841, N365873 | 12/01/2003 | 683 | | 77.55- | USD | 19 |
| 102174 | 220N367029 | 030863 | 12/02/2003 | 682 | | 151.53 | USD | 09 |
| 102174 | 220N367210 | 030867 | 12/03/2003 | 681 | | 470.19 | USD | 09 |
| 102174 | 220N367362 | 030867 | 12/04/2003 | 680 | | 121.55 | USD | 09 |
| 102174 | 220N367609 | 030870-57400 | 12/05/2003 | 679 | | 1,221.75 | USD | 09 |
| 102174 | 220N367663 | 030869 | 12/05/2003 | 679 | | 68.26 | USD | 09 |
| 102174 | 220N367890 | 030873 | 12/08/2003 | 676 | | 183.65 | USD | 09 |
| 102174 | 050N367960 | RENA | 12/08/2003 | 676 | | 35.00 | USD | 09 |
| 102174 | 220N368030 | 030876 | 12/09/2003 | 675 | | 166.96 | USD | 09 |
| 102174 | 220N368113 | 030876 | 12/09/2003 | 675 | | 373.42 | USD | 09 |
| 102174 | 220N368121 | 030877 | 12/09/2003 | 675 | | 1,090.90 | USD | 09 |
| 102174 | 220N368475 | 030878 | 12/11/2003 | 673 | | 1,413.57 | USD | 09 |
| 102174 | 220I9763 | 030863 | 12/12/2003 | 672 | | 2,018.32 | USD | 09 |
| 102174 | 220N368816 | 030881 | 12/15/2003 | 669 | | 78.57 | USD | 09 |
| 102174 | 220N368818 | 030881 | 12/15/2003 | 669 | | 718.72 | USD | 09 |



**We deliver excellence.**

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 4
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 220N369002 | 030881 | 12/15/2003 | 669 | | 276.69 | USD | 09 |
| 102174 | 220I9634 | 030817-57400 | 12/16/2003 | 668 | | 305.24 | USD | 09 |
| 102174 | 220N369155 | 030887 | 12/16/2003 | 668 | | 799.04 | USD | 09 |
| 102174 | 220N369395 | 030889 | 12/17/2003 | 667 | | 329.25 | USD | 09 |
| 102174 | 220N369763 | 030893 | 12/19/2003 | 665 | | 199.98 | USD | 09 |
| 102174 | 220N370191 | 030900 | 12/24/2003 | 660 | | 145.10 | USD | 09 |
| 102174 | 220N370306 | 030901 | 12/29/2003 | 655 | | 175.44 | USD | 09 |
| 102174 | 220N370338 | 030903-57400 | 12/30/2003 | 654 | | 495.75 | USD | 09 |
| 102174 | 220N370469 | 030904 | 12/30/2003 | 654 | | 252.00 | USD | 09 |
| 102174 | 220C860473 | 3RD QTR 2003 REBATE | 12/31/2003 | 653 | | 867.40- | USD | 19 |
| 102174 | 050N370720 | DAVID | 12/31/2003 | 653 | | 25.34 | USD | 09 |
| 102174 | 220N370749 | 40001 | 01/05/2004 | 648 | | 975.95 | USD | 09 |
| 102174 | 220N370758 | DENISE | 01/05/2004 | 648 | | 81.96 | USD | 09 |
| 102174 | 220D723916 | 030894 | 01/06/2004 | 647 | | 2,260.00 | USD | 09 |
| 102174 | 220N370951 | 40001 | 01/06/2004 | 647 | | 41.55 | USD | 09 |
| 102174 | 220N370991 | 40008 | 01/06/2004 | 647 | | 834.75 | USD | 09 |
| 102174 | 220N371020 | 40006 | 01/06/2004 | 647 | | 277.20 | USD | 09 |
| 102174 | 220N371219 | 40010 | 01/07/2004 | 646 | | 397.72 | USD | 09 |
| 102174 | 220N371517 | 40011 | 01/08/2004 | 645 | | 151.74 | USD | 09 |
| 102174 | 220N371709 | RENA | 01/09/2004 | 644 | | 99.20 | USD | 09 |
| 102174 | 220N371710 | 40015 | 01/09/2004 | 644 | | 107.29 | USD | 09 |
| 102174 | 220N371910 | 40023 | 01/12/2004 | 641 | | 36.23 | USD | 09 |
| 102174 | 220T526048 | 40015 | 01/13/2004 | 640 | | 99.20 | USD | 09 |
| 102174 | 220N372233 | 40030 | 01/14/2004 | 639 | | 861.45 | USD | 09 |
| 102174 | 050D723895 | 40001 | 01/14/2004 | 639 | | 99.84 | USD | 09 |
| 102174 | 050N372450 | 48033 | 01/14/2004 | 639 | | 21.94 | USD | 09 |
| 102174 | 220N372584 | 40036 | 01/15/2004 | 638 | | 35.96 | USD | 09 |
| 102174 | 220N372873 | 40040 | 01/19/2004 | 634 | | 679.84 | USD | 09 |
| 102174 | 220N372879 | 40039 | 01/19/2004 | 634 | | 495.75 | USD | 09 |
| 102174 | 220T526529 | 40040 | 01/20/2004 | 633 | | 336.00 | USD | 09 |
| 102174 | 220N373376 | 40059 | 01/21/2004 | 632 | | 208.69 | USD | 09 |
| 102174 | 220N373636 | 40064 | 01/22/2004 | 631 | | 60.79 | USD | 09 |
| 102174 | 220N373721 | 40066/57400 | 01/22/2004 | 631 | | 834.75 | USD | 09 |
| 102174 | 9002444168 | 40001 | 01/27/2004 | 626 | | 432.41 | USD | 09 |
| 102174 | 9002448637 | 40069 | 01/28/2004 | 625 | | 42.84 | USD | 09 |
| 102174 | 9002448665 | 40070 | 01/28/2004 | 625 | | 285.12 | USD | 09 |
| 102174 | 9002453887 | 40068 | 01/29/2004 | 624 | | 171.65 | USD | 09 |
| 102174 | 9002463338 | 40079 | 01/30/2004 | 623 | | 31.26 | USD | 09 |



**We deliver excellence.**

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 5
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002471754 | 40088 | 02/03/2004 | 619 | | 139.11 | USD | 09 |
| 102174 | 9002477077 | 40095 | 02/04/2004 | 618 | | 460.12 | USD | 09 |
| 102174 | 9002481106 | 40092 | 02/05/2004 | 617 | | 1,047.62 | USD | 09 |
| 102174 | 9002482640 | 40098 | 02/05/2004 | 617 | | 111.60 | USD | 09 |
| 102174 | 9002486006 | 40088 | 02/06/2004 | 616 | | 15.81 | USD | 09 |
| 102174 | 9002490982 | 40088 | 02/09/2004 | 613 | | 69.18 | USD | 09 |
| 102174 | 9002496414 | 40109 | 02/10/2004 | 612 | | 6.00 | USD | 09 |
| 102174 | 9002496443 | 40107-57400 | 02/10/2004 | 612 | | 2,515.03 | USD | 09 |
| 102174 | 9002496452 | 40107-57400 | 02/10/2004 | 612 | | 32.28 | USD | 09 |
| 102174 | 9002501716 | 40114 | 02/11/2004 | 611 | | 36.53 | USD | 09 |
| 102174 | 9002506983 | 40115 | 02/12/2004 | 610 | | 1,977.73 | USD | 09 |
| 102174 | 9002507019 | 40115 | 02/12/2004 | 610 | | 272.39 | USD | 09 |
| 102174 | 9002511744 | 40120 | 02/13/2004 | 609 | | 81.00 | USD | 09 |
| 102174 | 9002511778 | 40120 | 02/13/2004 | 609 | | 92.82 | USD | 09 |
| 102174 | 9002511799 | 40120 | 02/13/2004 | 609 | | 128.90 | USD | 09 |
| 102174 | 9002517052 | 40128 | 02/16/2004 | 606 | | 30.39 | USD | 09 |
| 102174 | 9002526957 | 40100 | 02/18/2004 | 604 | | 164.10 | USD | 09 |
| 102174 | 9002526961 | SEE LINES | 02/18/2004 | 604 | | 84.08 | USD | 09 |
| 102174 | 9002527047 | 40104 | 02/18/2004 | 604 | | 25.53 | USD | 09 |
| 102174 | 9002527053 | 40108 | 02/18/2004 | 604 | | 2,447.44 | USD | 09 |
| 102174 | 9002527060 | 40107-57400 | 02/18/2004 | 604 | | 145.10 | USD | 09 |
| 102174 | 9002527073 | 40109 | 02/18/2004 | 604 | | 69.18 | USD | 09 |
| 102174 | 9002527095 | 40109 | 02/18/2004 | 604 | | 240.15 | USD | 09 |
| 102174 | 9002527151 | 40115 | 02/18/2004 | 604 | | 1,149.99 | USD | 09 |
| 102174 | 9002527168 | 40115 | 02/18/2004 | 604 | | 44.40 | USD | 09 |
| 102174 | 9002527187 | 40115 | 02/18/2004 | 604 | | 116.30 | USD | 09 |
| 102174 | 9002527363 | 40129 | 02/18/2004 | 604 | | 136.84 | USD | 09 |
| 102174 | 9002527414 | 40131 | 02/18/2004 | 604 | | 32.66 | USD | 09 |
| 102174 | 9002527462 | 40129 | 02/18/2004 | 604 | | 59.64 | USD | 09 |
| 102174 | 9002528897 | 40107-57400 | 02/18/2004 | 604 | | 96.67 | USD | 09 |
| 102174 | 9002528899 | 40107-57400 | 02/18/2004 | 604 | | 387.36 | USD | 09 |
| 102174 | 9002532689 | 40133 | 02/19/2004 | 603 | | 128.90 | USD | 09 |
| 102174 | 9002532750 | 40133 | 02/19/2004 | 603 | | 68.42 | USD | 09 |
| 102174 | 9002537664 | 40136 | 02/20/2004 | 602 | | 34.08 | USD | 09 |
| 102174 | 9002538952 | 40137 | 02/20/2004 | 602 | | 322.25 | USD | 09 |
| 102174 | 9002542566 | 40137 | 02/23/2004 | 599 | | 364.91 | USD | 09 |
| 102174 | 9002542605 | 40137 | 02/23/2004 | 599 | | 1,551.08 | USD | 09 |
| 102174 | 9002548150 | 40137 | 02/24/2004 | 598 | | 46.72 | USD | 09 |



**xpedx - An International Paper Co**
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 6
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002548188 | 40141 | 02/24/2004 | 598 | | 1,293.27 | USD | 09 |
| 102174 | 9002553554 | 40144 | 02/25/2004 | 597 | | 13.70 | USD | 09 |
| 102174 | 9002553576 | 40144 | 02/25/2004 | 597 | | 136.40 | USD | 09 |
| 102174 | 9002553591 | 40145/57400 | 02/25/2004 | 597 | | 1,298.00 | USD | 09 |
| 102174 | 9002553603 | 40144 | 02/25/2004 | 597 | | 4.70 | USD | 09 |
| 102174 | 9002574007 | RALPH | 03/01/2004 | 592 | | 1,537.60 | USD | 09 |
| 102174 | 050N374766 | RENEE | 03/01/2004 | 592 | | 35.24 | USD | 09 |
| 102174 | 9002578861 | 40149 | 03/02/2004 | 591 | | 788.99 | USD | 09 |
| 102174 | 9002578878 | 40117 | 03/02/2004 | 591 | | 373.04 | USD | 09 |
| 102174 | 9002578912 | 40150 | 03/02/2004 | 591 | | 359.56 | USD | 09 |
| 102174 | 050D724227 | 40141 | 03/03/2004 | 590 | | 71.00 | USD | 09 |
| 102174 | 9002589309 | 40117 | 03/04/2004 | 589 | | 574.20 | USD | 09 |
| 102174 | 9002589317 | 40151 | 03/04/2004 | 589 | | 79.18 | USD | 09 |
| 102174 | 9002589345 | SUPPLIES | 03/04/2004 | 589 | | 447.00 | USD | 09 |
| 102174 | 9002591009 | 40151 | 03/04/2004 | 589 | | 153.95 | USD | 09 |
| 102174 | 9002594769 | 40168 | 03/05/2004 | 588 | | 136.84 | USD | 09 |
| 102174 | 9002594782 | 40168 | 03/05/2004 | 588 | | 147.83 | USD | 09 |
| 102174 | 9002471754 | 4008 | 03/08/2004 | 585 | | 47.34- | USD | 19 |
| 102174 | 9002599479 | 40150 | 03/08/2004 | 585 | | 560.04 | USD | 09 |
| 102174 | 9002599498 | 40168 | 03/08/2004 | 585 | | 121.10 | USD | 09 |
| 102174 | 9002599519 | 40167 | 03/08/2004 | 585 | | 139.23 | USD | 09 |
| 102174 | 9002610042 | 40171 | 03/10/2004 | 583 | | 27.11 | USD | 09 |
| 102174 | 9002610083 | 40149 | 03/10/2004 | 583 | | 206.71 | USD | 09 |
| 102174 | 9002619870 | 40181-57400 | 03/12/2004 | 581 | | 2,788.94 | USD | 09 |
| 102174 | 9002619881 | 40178 | 03/12/2004 | 581 | | 52.37 | USD | 09 |
| 102174 | 9002619888 | 40183 | 03/12/2004 | 581 | | 2,700.18 | USD | 09 |
| 102174 | 9002619909 | 40183 | 03/12/2004 | 581 | | 113.94 | USD | 09 |
| 102174 | 9002625153 | 40187 | 03/15/2004 | 578 | | 168.54 | USD | 09 |
| 102174 | 9002625176 | 40187 | 03/15/2004 | 578 | | 798.62 | USD | 09 |
| 102174 | 9002625222 | 40187 | 03/15/2004 | 578 | | 1,115.94 | USD | 09 |
| 102174 | 9002630797 | 40187 | 03/16/2004 | 577 | | 13.58 | USD | 09 |
| 102174 | 9002630812 | 40187 | 03/16/2004 | 577 | | 3,635.88 | USD | 09 |
| 102174 | 9002636348 | 40191 | 03/17/2004 | 576 | | 71.21 | USD | 09 |
| 102174 | 9002641771 | 40191 | 03/18/2004 | 575 | | 142.42 | USD | 09 |
| 102174 | 9002641861 | 40199 | 03/18/2004 | 575 | | 676.44 | USD | 09 |
| 102174 | 9002646925 | 40203 | 03/19/2004 | 574 | | 492.46 | USD | 09 |
| 102174 | 9002646940 | 40203 | 03/19/2004 | 574 | | 107.27 | USD | 09 |
| 102174 | 9002646979 | 40206 | 03/19/2004 | 574 | | 232.95 | USD | 09 |



*We deliver excellence.*

xpedx - An International Paper Co
2930 Whitehorse Rd
Greenville SC  29611

**Date** : 10/14/2005
**Page** : 7
**Account with us** : 102174

| Branch Number | Invoice Number | Purchase Order | Invoice Date | Days Past Due | Disc Due Date | Invoice Amount | Curr | Post Key |
|---|---|---|---|---|---|---|---|---|
| 102174 | 9002650531 | 40209 | 03/22/2004 | 571 | | 99.62 | USD | 09 |
| 102174 | 9002650537 | SUPPLIES | 03/22/2004 | 571 | | 39.38 | USD | 09 |
| 102174 | 9002667495 | 40219-57400 | 03/25/2004 | 568 | | 1,926.34 | USD | 09 |
| 102174 | 9002667512 | 40215 | 03/25/2004 | 568 | | 13.79 | USD | 09 |
| 102174 | 9002667519 | 40220 | 03/25/2004 | 568 | | 1,213.71 | USD | 09 |
| 102174 | 9002667528 | 40199 | 03/25/2004 | 568 | | 737.43 | USD | 09 |
| 102174 | 9002667512 | 40215 | 03/26/2004 | 567 | | 36.75 | USD | 09 |
| 102174 | 9002684667 | 40181-57400 | 03/30/2004 | 563 | | 515.95 | USD | 09 |
| 102174 | 9002684734 | 40219-57400 | 03/30/2004 | 563 | | 692.90 | USD | 09 |

**Balance for 102174 :**                              100,452.52   USD

| Current | Past Due 1-30 | Past Due 31-60 | Past Due 61-90 | Past Due 91 + |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 100,452.52 |

**PLEASE REMIT TO (NOT FOR CORRESPONDENCE)**

P.O. Box 403565
ATLANTA , GA 30384-3565