FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2005 NOV 16 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| POWERS PRINTING CO., INC., )<br>)<br>Plaintiff )<br>Defendant-in-Counterclaim )<br>)<br>v. )<br>)<br>AGFA CORPORATION and XPEDX, )<br>)<br>Defendants )<br>Plaintiffs-in-Counterclaim )<br>) | CIVIL ACTION<br>NO. 04-CV-12041-REK |

## MOTION OF AGFA CORPORATION
## FOR JUDGMENT ON DEFAULT

Pursuant to Fed. R. Civ. P. 55(b)(2), Defendant / Counterclaim Plaintiff Agfa Corporation ("Agfa") hereby requests that a judgment on default enter against Plaintiff / Counterclaim Defendant Powers Printing Co., Inc. ("Powers"), in the amount of $13,672.73. As grounds for this motion, Agfa incorporates the Affidavit of Eric Bradford Hermanson, Esq., in Support of Agfa's Motion for Default Judgment in these proceedings (hereinafter "Hermanson Affidavit"); and the affidavit of Brandon Bigelow, Esq., submitted in support of the separate Motion for Default Judgment of XPEDX in this action.

As documented in the Hermanson Affidavit, Powers is a corporate entity, and is subject to entry of default judgment. It is not an infant or incompetent person, and it is

not a person in military service of the United States or its Allies as defined in Article I of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

        Respectfully submitted,

        AGFA CORPORATION.

        By counsel,

        _____
        Eric Bradford Hermanson, Esq.
        BBO # 560256
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston MA 02110
        Phone: (617) 248-4070

Dated: November 16, 2005