```
US00106118 / 353A          Sort:      Net due date
POWERS PRINTING CO, INC.    7 of 7
29376 ROEBUCK
```

| Ref.Doc. | DT | Bill.Doc | Doc.Date | Allocation | Ref-key-1 | Amount | | TERM | Net Date |
|---|---|---|---|---|---|---|---|---|---|
| 0095037000 | RV | 95037000 | 10/30/03 | 030787 | | 1,932.00 | | Z008 | 11/19/03 |
| 0095037001 | RV | 95037001 | 10/30/03 | 030787 | | 1,932.00 | | Z008 | 11/19/03 |
| 0095037002 | RV | 95037002 | 10/30/03 | 030787 | | 1,932.00 | | Z008 | 11/19/03 |
| 0095038171 | RV | 95038171 | 11/26/03 | 030787 | | 1,932.00 | | Z008 | 12/16/03 |
| 0095039584 | RV | 95039584 | 12/26/03 | 030787 | | 1,932.00 | | Z008 | 01/15/04 |
| 0095040978 | RV | 95040978 | 01/26/04 | 030787 | | 1,932.00 | | Z008 | 02/15/04 |
| 0095040978 | RV | 9201361B | 03/30/04 | 030787 | | 511.35- | | Z008 | 02/15/04 |

| | |
|---|---|
| Selected | 11,080.65  USD |
| Displayed | 11,080.65  USD |

AGFA 000103

*INVOICE*

| | |
|---|---|
| *Invoice No* | *95037000* |
| *Date* | *10/30/2003* |
| | |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

    *Bill To: US00106118*
    POWERS PRINTING CO, INC
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    I.,l,lIl,I...,ll,l,,,l,l,ll,,,,lI,I

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

*Terms: net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| *Reference Number* | *Date* |
|---|---|
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise.*   *USD* | |

*Contract Start Date:* 09/25/2003    *Contract End Date:* 09/24/2004

| *Item* | *Material*    *Description* | *Quantity* | | *Unit Price* | *Amount* |
|---|---|---|---|---|---|
| | | *Ordered* | *Shipped* | | |
| 10 | EJ2XN000    APOGEE PILOT S3 V1 0<br>Serial No  TD-A05<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTKN000    AP PDFR1P S2 2 0 W 4-UP<br>Serial No  TD-A06<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003 | 1 | 1 | 107 92 | 107.92 |
| 30 | EEU46000    APOGEE IRT V1 2 WIN<br>CAT#:  EEU46<br>Serial No  TD-A06<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003 | 1 | 1 | 107 92 | 107 92 |
| 40 | CN3ZN000    EQUIP. S3V1-QUICKSTRIP<br>Serial No  091102LK01<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003 | 1 | 1 | 107 92 | 107 92 |
| 50 | F6CWH097    PC SERVER 2002 PD<br>Serial No. 2051<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003<br>        *** CONTINUED *** | 1 | 1 | 83 33 | 83 33 |

AGFA 000104

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| *Invoice No.* | *95037000* |
|---|---|
| *Date* | *10/30/2003* |

| *Remit To:* | Agfa Corporation |
|---|---|
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

     *Bill To: US00106118*
     POWERS PRINTING CO, INC.
     97 INDUSTRIAL PARK ROAD
     ROEBUCK SC 29376
     |.||.||..||.|..|.||..||.||

*Payer: US00106118*

*Terms: net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| *Reference Number* | *Date* |
|---|---|
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date:* 09/25/2003    *Contract End Date:* 09/24/2004

| Item | Material | Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 60 | F6CWH092 | PC SERVER 2002PLT | 1 | 1 | 83 33 | 83 33 |
| | Serial No. 2031 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 09/25/2003 thru 10/25/2003 | | | | |
| 70 | LWQ0X000 | AJ SHERPA 43 PROOFER BUNDLE LIGHT PACK | 1 | 1 | 249 58 | 249 58 |
| | CAT#: LWQ0X | | | | | |
| | Serial No. CK320824 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 09/25/2003 thru 10/25/2003 | | | | |
| 80 | CH3XJ000 | EQUIP. S3V1-PD/SF | 1 | 1 | 107 92 | 107.92 |
| | Serial No. 091102LK01 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 09/25/2003 thru 10/25/2003 | | | | |
| 90 | CM24R000 | EQUIP. PALLADIO | 1 | 1 | 1.199 58 | 1.199 58 |
| | Serial No. 266 | | | | | |
| | Open amount | | | | | -333.33 |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 09/25/2003 thru 10/25/2003 | | | | |

*** CONTINUED ***

AGFA 000105

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037000* |
| *Date* | *10/30/2003* |
| *Remit To:* | Agfa Corporation |
| | Dcpi AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

*Bill To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376
ldlldllllllllllllllll

*Payer: US00106118*

*Terms: net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* *USD* | |

*Contract Start Date:* 09/25/2003    *Contract End Date:* 09/24/2004

| Item | Material Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|------|---------------------|:---:|:---:|:---:|---:|
| 100 | LHEVJ000 AJ SHERPA 2<br>Serial No TD-NONE<br>Monthly Billing: For the Coverage<br>Period 09/25/2003 thru 10/25/2003 | 1 | 1 | 249 58 | 249 58 |
| | Order Discounts<br>Volume Discount        -10.000        % | | | | -213 00 |
| | Total Discounts | | | | -546 33 |
| | Billing Charge | | | | 15 00 |
| | Tax | | | | 0 00 |
| | INVOICE TOTAL | | | | 1.932 00 |

AGFA 000106

*** E N D ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037001* |
| *Date* | *10/30/2003* |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

    *Bill To: US00106118*
    POWERS PRINTING CO, INC
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC 29376
    Iıḷıḷḷıṃḷḷıḷıḷḷıṃḷḷıḷ

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

*Payer: US00106118*

*Terms: net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* **USD** | |

        *Contract Start Date:* 09/25/2003     *Contract End Date:* 09/24/2004

| *Item* | *Material*     *Description* | *Quantity* Ordered | *Quantity* Shipped | *Unit Price* | *Amount* |
|---|---|---|---|---|---|
| 10 | EJ2XN000     APOGEE PILOT S3 V1 0<br>Serial No TD-A05<br>Monthly Billing: For the Coverage<br>Period 10/26/2003 thru 11/24/2003 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTKN000     AP PDFR1P S2 2 0 W 4-UP<br>Serial No TD-A06<br>Monthly Billing: For the Coverage<br>Period 10/25/2003 thru 11/24/2003 | 1 | 1 | 107 92 | 107 92 |
| 30 | EEU46000     APOGEE 1RT V1 2 WIN<br>CAT#: EEU46<br>Serial No TD-A06<br>Monthly Billing: For the Coverage<br>Period 10/26/2003 thru 11/24/2003 | 1 | 1 | 107 92 | 107.92 |
| 40 | CH3ZH000     EQUIP. S3V1-QUICKSTRIP<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 10/26/2003 thru 11/24/2003 | 1 | 1 | 107 92 | 107.92 |
| 50 | F6CWH097     PC SERVER 2002 PD<br>Serial No 2051<br>Monthly Billing: For the Coverage<br>Period 10/26/2003 thru 11/24/2003<br>        *** CONTINUED *** | 1 | 1 | 83 33 | 83.33 |

AGFA 000107

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037001* |
| *Date* | *10/30/2003* |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO, INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

     *Bill To: US00106118*
     POWERS PRINTING CO, INC.
     97 INDUSTRIAL PARK ROAD
     ROEBUCK SC 29376
     ﬂﬂﬁﬂﬂﬁﬂﬁﬂﬂﬁﬂﬁ

*Payer: US00106118*

*Terms: net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| *Reference Number* | *Date* |
|---|---|
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date: 09/25/2003    Contract End Date: 09/24/2004*

| *Item* | *Material* | *Description* | *Quantity* | | *Unit* | *Amount* |
|---|---|---|---|---|---|---|
| | | | *Ordered* | *Shipped* | *Price* | |
| 60 | FGCWH092 | PC SERVER 2002PLT | 1 | 1 | 83 33 | 83 33 |
| | Serial No. 2031 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 10/26/2003 thru 11/24/2003 | | | | |
| 70 | LWQQX000 | AJ SHERPA 43 PROOFER BUNDLE LIGHT PACK | 1 | 1 | 249 58 | 249 58 |
| | CAT#: LWQQX | | | | | |
| | Serial No CK320824 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 10/26/2003 thru 11/24/2003 | | | | |
| 80 | CN3XJ000 | EQUIP. S3V1-PD/SF | 1 | 1 | 107 92 | 107 92 |
| | Serial No 091102LK01 | | | | | |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 10/26/2003 thru 11/24/2003 | | | | |
| 90 | CN24R000 | EQUIP, PALLADIO | 1 | 1 | 1,199 58 | 1,199 58 |
| | Serial No. 266 | | | | | |
| | Open amount | | | | | -333 33 |
| | | Monthly Billing: For the Coverage | | | | |
| | | Period 10/26/2003 thru 11/24/2003 | | | | |

AGFA 000108

*** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037001* |
| *Date* | *10/30/2003* |
| | |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    ldilddlididllndld

*Payer: US00106118*

*Terms:  net 20 days Due Date: 11/19/2003*
*Terms of payment.*

Up to 11/19/2003 without deduction

| | | |
|---|---|---|
| *Reference Number* | | *Date* |
| 030787 | | |
| *Agfa Contract Number* | | *Date* |
| 40024135 | | 10/30/2003 |
| *Sold-To:* US00106118 | | |
| *Currency/Devise:* | *USD* | |

            *Contract Start Date:* 09/25/2003    *Contract End Date:*  09/24/2004

| Item | Material   Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 100 | LHEVJ000   AJ SHERPA 2<br>Serial No  TD-NONE<br>Monthly Billing: For the Coverage<br>Period 10/26/2003 thru 11/24/2003 | 1 | 1 | 249 58 | 249 58 |
| | Order Discounts<br>Volume Discount  -10 000  % | | | | -213 00 |
| | *Total Discounts*<br>*Billing Charge*<br>*Tax*<br>*INVOICE TOTAL* | | | | -546 33<br>15 00<br>0 00<br>1.932 00 |

AGFA 000109

              \*\*\*  E N D  \*\*\*

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

# *INVOICE*

| | |
|---|---|
| *Invoice No* | *95037002* |
| *Date* | *10/30/2003* |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN:* 22-3615964

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

   *Bill To: US00106118*
   POWERS PRINTING CO, INC.
   97 INDUSTRIAL PARK ROAD
   ROEBUCK SC  29376

*Payer: US00106118*

*Terms:  net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date:* 09/25/2003     *Contract End Date* 09/24/2004

| Item | Material  Description | Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 10 | EJ2XN000    APOGEE PILOT S3 V1.0<br>Serial No  TD-A05<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTXN000    AP PDFR1P S2 2 0 W 4-UP<br>Serial No. TD-A06<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 107 92 | 107 92 |
| 30 | EEU46000    APOGEE IRT V1 2 WIN<br>CAT#:  EEU46<br>Serial No  TD-A06<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 107 92 | 107 92 |
| 40 | CH3ZN000    EQUIP. S3V1-QUICKSTRIP<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 107 92 | 107.92 |
| 50 | F6CWH097    PC SERVER 2002 PD<br>Serial No. 2051<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 83 33 | 83 33 |

*** CONTINUED ***

AGFA 000110

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037002* |
| *Date* | *10/30/2003* |
| *Remit To*: | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park  NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

> *Bill To:  US00106118*
> POWERS PRINTING CO, INC.
> 97 INDUSTRIAL PARK ROAD
> ROEBUCK SC  29376
> Iuldlhuulblmddbuulltl

*Payer: US00106118*

*Terms:  net 20 days Due Date:  11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:*    USD | |

*Contract Start Date:* 09/25/2003      *Contract End Date:* 09/24/2004

| Item | Material      Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 60 | F6CWH092       PC SERVER 2002PLT<br>Serial No  2031<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 83 33 | 83 33 |
| 70 | LWOQX000       AJ SHERPA 43 PROOFER BUNDLE LIGHT   PACK<br>CAT#:  LWQQX<br>Serial No. CK320824<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 249 58 | 249 58 |
| 80 | CH3XJ000       EQUIP. S3V1-PD/SF<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 107 92 | 107 92 |
| 90 | CH24R000       EQUIP. PALLADIO<br>Serial No. 266<br>Open amount<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 1.199 58 | 1.199 58<br>-333 33 |

AGFA 000111

*** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

## *INVOICE*

| | |
|---|---|
| *Invoice No.* | *95037002* |
| *Date* | *10/30/2003* |

| *Remit To:* | Agfa Corporation |
|---|---|
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

EIN: 22-3615964

*Installed At:* US00106118
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

   *Bill To:* US00106118
   POWERS PRINTING CO, INC
   97 INDUSTRIAL PARK ROAD
   ROEBUCK SC 29376
   ldldl dlld dll

*Payer: US00106118*

*Terms:  net 20 days Due Date: 11/19/2003*
*Terms of payment:*

Up to 11/19/2003 without deduction

| *Reference Number* | *Date* |
|---|---|
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To·* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date·* 09/25/2003    *Contract End Date:* 09/24/2004

| Item | Material    Description | Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 100 | LHEVJ000    AJ SHERPA 2<br>Serial No. TD-NONE<br>Monthly Billing: For the Coverage<br>Period 11/25/2003 thru 12/25/2003 | 1 | 1 | 249 58 | 249 58 |
| | Order Discounts<br>Volume Discount    -10 000    % | | | | -213 00 |
| | Total Discounts<br>Billing Charge<br>Tax<br>INVOICE TOTAL | | | | -546 33<br>15 00<br>0 00<br>1.932 .00 |

AGFA 000112

\*\*\*  E N D  \*\*\*

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

## *INVOICE*

| | |
|---|---|
| *Invoice No.* | *95038171* |
| *Date* | *11/26/2003* |
| *Remit To.* | Agfa Corporation<br>Dept AT 40083<br>Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

EIN: 22-3615964

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    ḷᴜḷḷḷḷᴜᴜḷḷḷᴜḷḷᴜᴜḷḷḷ

*Installed At: US99106118*
POWERS PRINTING CO. INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

*Terms:  net 20 days Due Date: 12/16/2003*
*Terms of payment:*

Up to 12/16/2003 without deduction

| | |
|---|---|
| *Reference Number*<br>030787 | *Date* |
| *Agfa Contract Number*<br>40024135 | *Date*<br>10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:*   USD | |

       *Contract Start Date*: 09/25/2003    *Contract End Date*:  09/24/2004

| Item | Material | Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 10 | EJ2XI000 | APOGEE PILOT S3 V1 0<br>Serial No. TD-A05<br>Monthly Billing: For the Coverage<br>Period 12/25/2003 thru 01/24/2004 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTKN000 | AP PDFR1P S2 2 D W 4-UP<br>Serial No TD-A06<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 30 | EEU46000 | APOGEE IRT V1.2 WIN<br>CAT#:  EEU46<br>Serial No. TD-A06<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 40 | CH3ZN000 | EQUIP. S3V1-QUICKSTRIP<br>Serial No 091102LK01<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 50 | F6CWH097 | PC SERVER 2002 PD<br>Serial No. 2051<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 83 33 | 83 33 |

AGFA 000113

          *** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No* | *95038171* |
| *Date* | *11/26/2003* |

| | |
|---|---|
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

EIN: 22-3615964

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

*Bill To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376
l..l.ll.l...ll.l...l.ll...ll.l

*Payer: US00106118*

*Terms: net 20 days Due Date: 12/16/2003*
*Terms of payment:*

Up to 12/16/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date:* 09/25/2003    *Contract End Date:* 09/24/2004

| *Item* | *Material    Description* | *Quantity* | | *Unit Price* | *Amount* |
|---|---|---|---|---|---|
| | | *Ordered* | *Shipped* | | |
| 60 | F6CWHO92    PC SERVER 2002PLT<br>Serial No. 2031<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 83 33 | 83 33 |
| 70 | LWOQX000    AJ SHERPA 43 PROOFER BUNDLE LIGHT    PACK<br>CAT#: LWQQX<br>Serial No. CK320824<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 249 58 | 249 58 |
| 80 | CH3XJ000    EQUIP. S3V1-PD/SF<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 90 | CH24R000    EQUIP. PALLADIO<br>Serial No. 266<br>Open amount<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 1.199 58 | 1.199 58<br><br>-333 33 |

AGFA 000114

*** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No* | 95038171 |
| *Date* | 11/26/2003 |

| | |
|---|---|
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN: 22-3615964*

   *Bill To: US00106118*
   POWERS PRINTING CO, INC.
   97 INDUSTRIAL PARK ROAD
   ROEBUCK SC  29376
   Ialdlhdalldmblblladlil

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

*Terms: net 20 days Due Date: 12/16/2003*
*Terms of payment:*

Up to 12/16/2003 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

*Contract Start Date:* 09/25/2003     *Contract End Date:* 09/24/2004

| Item | Material          Description | Quantity | | Unit Price | Amount |
|------|---|---|---|---|---|
| | | Ordered | Shipped | | |
| 100 | LHEVJ000       AJ SHERPA 2<br>Serial No  TD-NONE<br>Monthly Billing: For the Coverage<br>Period 12/26/2003 thru 01/24/2004 | 1 | 1 | 249 58 | 249 58 |
| | Order Discounts<br>Volume Discount           -10 000           %<br><br>*Total Discounts*<br>*Billing Charge*<br>*Tax*<br>*INVOICE TOTAL.* | | | | -213 00<br><br>-546 33<br>15 00<br>0 00<br>1,932.00 |

AGFA 000115

\*\*\*  E N D  \*\*\*

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No.* | *95039584* |
| *Date* | *12/26/2003* |

| | |
|---|---|
| *Remit To:* | Agfa Corporation |
| | Dept AT 10083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN: 22-3615964*

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC   29376
    I.I.I.I...II.I...I.I.I...II.I

*Installed At: US00106118*
POWERS PRINTING CO. INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

*Terms:  net 20 days Due Date: 01/15/2004*
*Terms of payment:*

Up to 01/15/2004 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:*  US00106118 | |
| *Currency/Devise:*    *USD* | |

        *Contract Start Date:* 09/25/2003    *Contract End Date:*  09/24/2004

| Item | Material          Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 10 | EJ2XN000        APOGEE PILOT S3 V1 0<br>Serial No  TD-A05<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTKN000        AP PDFR1P S2 2 0 W 4-UP<br>Serial No. TD-A06<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 30 | EEU46000        APOGEE IRT V1 2 WIN<br>CAT#:  EEU46<br>Serial No  TD-A06<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 40 | CH3ZN000        EQUIP. S3V1-QUICKSTRIP<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 50 | F6CWH097        PC SERVER 2002 PD<br>Serial No  2051<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004<br>       *** CONTINUED *** | 1 | 1 | 83 33 | 83 33 |

AGFA 000116

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

## *INVOICE*

| | |
|---|---|
| *Invoice No* | *95039584* |
| *Date* | *12/26/2003* |
| *Remit To.* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN:* 22-3615964

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376

    *Bill To: US00106118*
POWERS PRINTING CO, INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC 29376
ldldlldlmllldlmldllmlld

*Payer. US00106118*

*Terms: net 20 days Due Date: 01/15/2004*
*Terms of payment.*

Up to 01/15/2004 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To.* US00106118 | |
| *Currency/Devise:* USD | |

        *Contract Start Date:* 09/25/2003    *Contract End Date.* 09/24/2004

| Item | Material Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 60 | F6CWH092    PC SERVER 2002PLT<br>Serial No 2031<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 83 33 | 83 33 |
| 70 | LWQQX000    AJ SHERPA 43 PROOFER BUNDLE LIGHT   PACK<br>CAT#: LWQQX<br>Serial No. CK320824<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 249 58 | 249 58 |
| 80 | CH3XJ000    EQUIP. S3V1-PD/SF<br>Serial No 091102LK01<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 107 92 | 107 92 |
| 90 | CH24R000    EQUIP. PALLADIO<br>Serial No. 266<br>Open amount<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 1.199 58 | 1.199 58<br>-333 33 |

AGFA 000117

                       *** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*INVOICE*

| | |
|---|---|
| *Invoice No* | *95039584* |
| *Date* | *12/26/2003* |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

   *Bill To: US00106118*
   POWERS PRINTING CO, INC.
   97 INDUSTRIAL PARK ROAD
   ROEBUCK SC  29376
   lıldlhlmdlılmlıllımllıl

*Payer: US00106118*

*Terms:  net 20 days Due Date: 01/15/2004*
*Terms of payment:*

Up to 01/15/2004 without deduction

| | | |
|---|---|---|
| *Reference Number* | | *Date* |
| 030787 | | |
| *Agfa Contract Number* | | *Date* |
| 40024135 | | 10/30/2003 |
| *Sold-To:* US00106118 | | |
| *Currency/Devise:* | *USD* | |

       *Contract Start Date:* 09/25/2003    *Contract End Date:*  09/24/2004

| Item | Material    Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| 100 | LHEVJ000    AJ SHERPA 2<br>Serial No  TD-NONE<br>Monthly Billing: For the Coverage<br>Period 01/25/2004 thru 02/24/2004 | 1 | 1 | 249 58 | 249 58 |
| | Order Discounts<br>Volume Discount          -10 000          % | | | | -213 00 |
| | *Total Discounts*<br>*Billing Charge*<br>*Tax*<br>*INVOICE TOTAL* | | | | -546 33<br>15 00<br>0 00<br>1.932 00 |

AGFA 000118

           \*\*\*  E N D  \*\*\*

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

# *INVOICE*

| | |
|---|---|
| *Invoice No.* | *95040978* |
| *Date* | *01/26/2004* |
| | |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    |,|,||,|,,,|||,|,,|,||,,,||,|

*Payer: US00106118*

*Terms:  net 20 days Due Date: 02/15/2004*
*Terms of payment:*

Up to 02/15/2004 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:*  USD | |

*Contract Start Date:* 09/25/2003    *Contract End Date:* 09/24/2004

| Item | Material      Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|------|---------------------------|:---:|:---:|:---:|---:|
| 10 | E-J2XN000     APOGEE PILOT S3 V1.0<br>Serial No. TD-A05<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 166 25 | 166 25 |
| 20 | EHTKN000     AP PDFR1P S2 2 0 W 4-UP<br>Serial No  TD-A06<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 107 92 | 107 92 |
| 30 | EEU46000     APOGEE IRT V1.2 WIN<br>CAT#: EEU46<br>Serial No. TD-A06<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 107 92 | 107 92 |
| 40 | CH3ZN000     EQUIP. S3V1-QUICKSTRIP<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 107 92 | 107 92 |
| 50 | F6CWH097     PC SERVER 2002 PD<br>Serial No  2051<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004<br>*** CONTINUED *** | 1 | 1 | 83 33 | 83 33 |

AGFA 000119

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

## *INVOICE*

| | |
|---|---|
| *Invoice No* | 95040978 |
| *Date* | 01/26/2004 |

| | |
|---|---|
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA  31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN: 22-3615964*

*Installed At: US00106118*
POWERS PRINTING CO. INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    հավկերեվ

*Payer: US00106118*

*Terms:  net 20 days Due Date: 02/15/2004*
*Terms of payment:*

Up to 02/15/2004 without deduction

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | |
| *Agfa Contract Number* | *Date* |
| 40024135 | 10/30/2003 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:*   USD | |

    *Contract Start Date:* 09/25/2003    *Contract End Date:*  09/24/2004

| Item | Material      Description | Quantity Ordered | Shipped | Unit Price | Amount |
|------|---------------------------|------------------|---------|------------|--------|
| 60 | F6CWH092     PC SERVER 2002PLT<br>Serial No. 2031<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 83 33 | 83 33 |
| 70 | LWQQX000     AJ SHERPA 43 PROOFER BUNDLE LIGHT   PACK<br>CAT#:  LWQQX<br>Serial No  CK320824<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 249 58 | 249 58 |
| 80 | CH3XJ000     EQUIP, S3V1-PD/SF<br>Serial No. 091102LK01<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 107 92 | 107 92 |
| 90 | CH24R000     EQUIP, PALLADIO<br>Serial No  266<br>Open amount<br>Monthly Billing: For the Coverage<br>Period 02/25/2004 thru 03/26/2004 | 1 | 1 | 1.199 58 | 1.199.58<br><br>-333.33 |

AGFA 000120

*** CONTINUED ***

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

## CREDIT MEMO

| | |
|---|---|
| *Invoice No.* | *92013618* |
| *Date* | *03/30/2004* |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta  GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park. NJ 07660-2199

*EIN: 22-3615964*

*Bill To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376
Ialılıhındlılıılılıuıddl

*Ship To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

| | |
|---|---|
| *Reference Number* | *Date* |
| 030787 | 10/30/2003 |
| *Agfa Order Number* | *Date* |
| 60306233 | 03/30/2004 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:*  USD | |

| Item | Material | Description | Quantity | | Unit | Amount |
|---|---|---|---|---|---|---|
| | | | Ordered | Shipped | Price | |
| 10 | CHPWV991 | APOGEE PILOT S3 V1 O(MON) | 1 | 1 | 44 32 | 44.32 |
| | | Manual Item Text / External S/N TD-A05 | | | | |
| 20 | CHPWV991 | AP PDFRIP S2 2 OW4UP(MON) | 1 | 1 | 28 80 | 28 80 |
| | | Manual Item Text / External S/N TD-A06 | | | | |
| 30 | CHPWV991 | APOGEE IRT V1 2 WIN(MON) | 1 | 1 | 28 80 | 28 80 |
| | | Manual Item Text / External S/N TD-A06 | | | | |
| 40 | CHPWV991 | S3V1-OUICKSTRIP(MON) | 1 | 1 | 28 80 | 28 80 |
| | | Manual Item Text / External S/N 091102LK01 | | | | |
| 50 | CHPWV991 | PC SERVER 2002 PD(MON) | 1 | 1 | 22 24 | 22 24 |
| | | Manual Item Text / External S/N 2051 | | | | |

*** CONTINUED ***

AGFA 000121

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

# CREDIT MEMO

| | |
|---|---|
| Invoice No. | 92013618 |
| Date | 03/30/2004 |
| Remit To: | Agfa Corporation<br>Dept AT 40083<br>Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660-2199

*EIN: 22-3615964*

*Bill To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Ship To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

| | |
|---|---|
| Reference Number | Date |
| 030787 | 10/30/2003 |
| Agfa Order Number | Date |
| 60306233 | 03/30/2004 |
| Sold-To: US00106118 | |
| Currency/Devise: USD | |

| Item | Material | Description | Quantity Ordered | Quantity Shipped | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 60 | CNPWV991 | PC SERVER 2002PLT(NON) | 1 | 1 | 22 24 | 22 24 |
| | | *Manual Item Text / External*<br>*S/N 2031* | | | | |
| 70 | CNPWV991 | SHERPA43 PROOF LIGHT(NON) | 1 | 1 | 66 56 | 66 56 |
| | | *Manual Item Text / External*<br>*S/N CK320824* | | | | |
| 80 | CNPWV991 | S3V1-PD/SF(NON) | 1 | 1 | 28 80 | 28 80 |
| | | *Manual Item Text / External*<br>*S/N 091102LK01* | | | | |
| 90 | CNPWV991 | PALLADIO(NON)<br>Open amount | 1 | 1 | 231 04 | 231 04<br>-88 88 |
| | | *Manual Item Text / External*<br>*S/N 266* | | | | |
| 100 | CNPWV991 | SHERPA2(NON) | 1 | 1 | 66 56 | 66 56 |
| | | *Manual Item Text / External*<br>*S/N TD-NONE* | | | | |

*** CONTINUED ***

AGFA 000122

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF

*CREDIT MEMO*

| | |
|---|---|
| *Invoice No.* | *92013618* |
| *Date* | *03/30/2004* |
| | |
| *Remit To:* | Agfa Corporation |
| | Dept AT 40083 |
| | Atlanta GA 31192 |

Agfa Corporation
100 Challenger Road
Ridgefield Park NJ 07660-2199

*EIN: 22-3615964*

    *Bill To: US00106118*
    POWERS PRINTING CO, INC.
    97 INDUSTRIAL PARK ROAD
    ROEBUCK SC  29376
    I.I.II.I...II.I...I.II...II.I

*Ship To: US00106118*
POWERS PRINTING CO, INC.
97 INDUSTRIAL PARK ROAD
ROEBUCK SC  29376

*Payer: US00106118*

| *Reference Number* | *Date* |
|---|---|
| 030787 | 10/30/2003 |
| *Agfa Order Number* | *Date* |
| 60306233 | 03/30/2004 |
| *Sold-To:* US00106118 | |
| *Currency/Devise:* USD | |

| Item | Material    Description | Quantity Ordered | Shipped | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | Order Discounts | | | | |
| | Volume Discount     -10 000     % | | | | -56 81 |
| | | | | | |
| | *Total Discounts* | | | | -56 81 |
| | *Freight* | | | | 0 00 |
| | *Tax* | | | | 0 00 |
| | *INVOICE TOTAL* | | | | 511 35 |
| | | | | | |
| | *Manual Text / External* | | | | |
| | TO CREDIT YOUR ACCOUNT FOR MONTHLY | | | | |
| | BILLED CONTRACT #40024135. | | | | |
| | | | | | |
| | FOR THE PERIOD 03/17/04 THRU 03/24/04. | | | | |
| | | | | | |
| | REFER TO INV. #95040978 DATED 01/26/04. | | | | |
| | | | | | |
| | RE: TO CANCEL CONTRACT #40024135 | | | | |
| | COVERAGE AS OF 03/17/04. | | | | |
| | | | | | |
| | TH/SR | | | | |
| | | | | | AGFA 000123 |
| | *** E N D *** | | | | |

SUBJECT TO THE TERMS AND CONDITIONS OF SALE ON THE REVERSE SIDE HEREOF