UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
                                    )
POWERS PRINTING CO., INC.,          )
     Plaintiff                      )
                                    )
                                    )   CIVIL ACTION
     v.                             )   NO. 04-12041-REK
                                    )
AGFA CORPORATION and                )
XPEDX,                              )
     Defendants                     )
                                    )
_____)
```

**Final Judgment**
January 3, 2006

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

(i) Judgment for Agfa on its counterclaim;

(ii) Agfa is awarded $13,672.73 in damages, plus statutory interest; and

(iii) This case is closed.

Approved:                              By the Court,

_/s/Robert E. Keeton_____        _/s/Karen Folan_____

Robert E. Keeton                       Karen Folan
Senior United States District Judge    Deputy Clerk